UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03m - 1155-JGD |
| ) | |
| Michael Griffin, ) | |
|     Defendant ) | |

## AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Thomas B. Kennedy, Task Force Agent with the Drug Enforcement Administration, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Michael Griffin in the Eastern District of Virginia for conspiring to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and for conspiring to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. I do hereby make oath that the warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

                                                Thomas B. Kennedy
                                                Task Force Agent, Drug Enforcement Administration

Subscribed and sworn to before me this 28th day of October, 2003.

                                                Hon. Judith G. Dein
                                                United States Magistrate Judge

UNDER SEAL 802898

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

EASTERN DISTRICT OF VIRGINIA

03m-1155-JCA

UNITED STATES OF AMERICA

v.

Michael S. Griffin

**WARRANT FOR ARREST**

CASE NUMBER: 03-509-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Michael S. Griffin**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to (1) distribute five (5) kilograms or more of Cocaine, a Schedule II controlled substance; and (2) distribute one hundred (100) kilograms of Marijuana, a Schedule I controlled substance.

in violation of Title __21__ United States Code, Section(s) __846__

Emily M. Dooley                           Deputy Clerk, USDC
Name of Issuing Officer                   Title of Issuing Officer

_[signature]_                             October 22, 2003, Alexandria, Virginia
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____                By _____
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |