# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES   ☐ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)
THE CASE OF:

U.S. vs. Griffin

FOR:
AT:

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)

Michael S. Griffin

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) _____

**DOCKET NUMBERS**
Magistrate: 03m-1155-JG
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☒ Misdemeanor

## EMPLOYMENT

Are you now employed?   ☐ Yes   ☐ No   ☒ Am Self Employed
Name and address of employer: D 2 Piano Moving
IF YES, how much do you earn per year? $60,000   A.G. IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed?   ☒ Yes   ☐ No
IF YES, how much does your Spouse earn per month? $ Unk.   If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

## OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: Same business as above; no other income

## CASH

Have you any cash on hand or money in savings or checking account?   ☒ Yes   ☐ No   IF YES, state total amount $ approx 4,000.00 — unsure of bank balances

## PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☒ Yes   ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
VALUE: $465,000 — 15 mos. ago
DESCRIPTION: 362 Wolcott St., Newton; Single family home; have somewhere between $50,000 & $100,000 equity in home

## DEPENDENTS

MARITAL STATUS:   ☒ MARRIED   ☐ SINGLE   ☐ WIDOWED   ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3 children
List persons you actually support and your relationship to them:
Danielle Jones; Stepdaughter
Lauren Griffin; daughter
Ryan Griffin; son

## DEBTS & MONTHLY BILLS

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Home — mortgage | Washington Mutual | $400,000.00 | $3400.00 |
| Motor vehicle payments — business | | $60,000 | $2300.00 |
| " " " — personal vehicles | | $33,000 | $700.00 |
| Credit card debt | | $10,000 | $600–700 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Michael S. Griffin