Docket as of December 17, 2003 7:05 pm                    Web PACER (v2.4)

# U.S. District Court

## Eastern District of Virginia (Alexandria)

### CRIMINAL DOCKET FOR CASE #: 03-CR-509-ALL

### USA v. Griffin, et al

Filed: 11/14/03
Dkt# in other court: None

### Case Assigned to: Judge Claude M. Hilton

```
MICHAEL S. GRIFFIN (1)          C. Dean Latsios
    defendant                   [COR LD NTC cja]
                                4161 Chain Bridge Rd
                                Fairfax, VA 22030
                                (703) 359-0891

                                Charles De Mon Lewis
                                 [term  10/31/03]
                                [COR LD NTC pda]
                                Office of the Federal Public
                                Defender
                                One Capital Square
                                830 East Main Street
                                Suite 1100
                                Richmond, VA 23219
                                (804) 343-0800

Defendant Assigned to:  Judge Claude M. Hilton

Pending Counts:

    NONE

Terminated Counts:                    Disposition

(21:846=ND.F) 21:846             Transferred to the USDC
Conspiracy to distribute         Massachusetts
cocaine and   Marijuana (Ct.1    (1)
04.2002) FORFEITURE
(1)

Offense Level (disposition): 4

Complaints:

    NONE
```

========================

### Case Assigned to:  Judge Claude M. Hilton

```
RONALD J. CAVALIERE (2)         Brian J. Moran
    defendant                   [COR LD NTC cja]
                                4154 Duke Street
                                Alexandria, VA 22304
                                (703) 370-4154

Defendant Assigned to:   Judge Claude M. Hilton

Pending Counts:

   NONE

Terminated Counts:                        Disposition

(21:846=ND.F) 21:846            Tranfered to the USDC
Conspiracy to distribute        Massachusetts
cocaine and   Marijuana (Ct.1   (1)
04.2002) FORFEITURE
(1)

Offense Level (disposition): 4

Complaints:

   NONE

U. S. Attorneys:

  Sonya L. Sacks
  [COR LD NTC]
  United States Attorney's Office
  2100 Jamieson Ave
  Alexandria, VA 22314
  (703)299-3700
```

## DOCKET   PROCEEDINGS

DATE   #         DOCKET   ENTRY

| Date | # | Entry |
|---|---|---|
| 10/23/03 | 1 | SEALED INDICTMENT as to Michael S. Griffin (1) count(s) 1, Ronald J. Cavaliere (2) count(s) 1 (edoo) [Entry date 10/24/03] |
| 10/23/03 | 2 | MOTION by USA as to Michael S. Griffin, Ronald J. Cavaliere by USA to Seal [1-1] indictment (edoo) [Entry date 10/24/03] |
| 10/23/03 | 3 | ORDER granting [2-1] motion by USA to Seal [1-1] indictment as to Michael S. Griffin (1), Ronald J. Cavaliere (2) ( Signed by Magistrate Judge Liam O'Grady ) Copies Mailed: y (edoo) [Entry date 10/24/03] |
| 10/23/03 | -- | Arrest WARRANT issued as to Michael S. Griffin, Ronald J. Cavaliere (edoo) [Entry date 10/24/03] |
| 10/24/03 | -- | Arraignment before Judge Claude M. Hilton set for 9:00 a.m. on 10/31/03 for Michael S. Griffin, for Ronald J. Cavaliere (ctat) [Entry date 10/29/03] |
| 10/27/03 | 4 | AMENDSED MOTION by USA as to Michael S. Griffin, Ronald J. Cavaliere by USA to Seal [1-1] indictment (edoo) [Entry date 10/28/03] |
| 10/27/03 | 5 | ORDER as to Michael S. Griffin, Ronald J. Cavaliere granting [4-1] amended motion by USA to Seal [1-1] indictment ( Signed by Judge Claude M. Hilton ) Copies Mailed: y (edoo) [Entry date 10/28/03] |
| 10/27/03 | 6 | MOTION by USA as to Ronald J. Cavaliere by USA for ex parte finding and endorsement of lis pendens (edoo) [Entry date 10/28/03] |
| 10/27/03 | 7 | MOTION by USA as to Michael S. Griffin by USA for ex parte finding and endorsement of lis pendens (edoo) [Entry date 10/28/03] |
| 10/27/03 | 8 | NOTICE of Lis Pendens by USA as to Michael S. Griffin (edoo) [Entry date 10/28/03] |
| 10/27/03 | 9 | NOTICE of Lis Pendens by USA as to Ronald J. Cavaliere (edoo) [Entry date 10/28/03] |
| 10/31/03 | -- | Minute entry as to Michael S. Griffin, Ronald J. Cavaliere : ( before Judge Claude M. Hilton )( Reporter: Linnell) USA Appeared through: Gerald Smagala. Matter on for arraignment. Dfts not present. Arraignment cont'd to 11/14/03 @ 9:00 to allow dfts to be brought here. (psid) [Entry date 10/31/03] |
| 10/31/03 | -- | Arraignment as to Michael S. Griffin, Ronald J. Cavaliere before Judge Claude M. Hilton reset for 9:00 11/14/03 for Michael S. Griffin, for Ronald J. Cavaliere (psid) [Entry date 10/31/03] |
| 10/31/03 | -- | Arraignment as to Michael S. Griffin before Judge Claude M. Hilton reset for 9:30 11/5/03 for Michael S. Griffin per CMH's chambers. (psid) [Entry date 10/31/03] |
| 10/31/03 | -- | ORAL ORDER as to Michael S. Griffin , to appoint federal public defender Charles De Mon Lewis () (edoo) [Entry date 10/31/03] |

```
11/3/03   10     CJA 20 as to Michael S. Griffin  Appointment of Attorney C.
                 Dean Latsios () (edoo) [Entry date 11/03/03]

11/3/03   11     CJA 20 as to Ronald J. Cavaliere  Appointment of Attorney
                 Brian J. Moran () (edoo) [Entry date 11/03/03]

11/4/03   --     WRIT of Habeas Corpus ad Prosequendum issued as to Ronald
                 J. Cavaliere  for 11/14/03 (kjon) [Entry date 11/05/03]

11/5/03   --     Arraignment as to Michael S. Griffin held before Judge
                 Claude M. Hilton. Dft WFA, PNG and demanded a jury trial.
                 20 days to file motions. Motion Hearing set for 9:00
                 12/12/03 for Michael S. Griffin; Jury Trial set for 10:00
                 1/7/04 for Michael S. Griffin ; ( Reporter: Linnell) USA
                 appeared through: Sonya Sacks; Dft(s) appeared w/counsel
                 Dean Latsios. All exhibits to be filed 5 days prior to
                 trial. Dft cont'd on present bond (set in USDC -
                 Massachusetts) (psid) [Entry date 11/05/03]

11/14/03  --     Minute entry as to Ronald J. Cavaliere : ( before Judge
                 Claude M. Hilton )( Reporter: Linnell)  USA Appeared
                 through: Gerald Smagala; Dft(s) appeared through: Brian
                 Moran. Matter on for Arraignment. Dft not present. AUSA
                 indicated that dft is in custody in Mass. Off the docket
                 until dft is brought here from Massschusetts. Case to be
                 unsealed per CMH. (Oral Order) (psid) [Entry date 11/14/03]

11/14/03  --     ORAL ORDER as to Michael S. Griffin, Ronald J. Cavaliere
                 Unsealing Case ( Entered by Judge Claude M. Hilton ) (psid)
                 [Entry date 11/14/03]

11/14/03  --     Indictment unsealed as to Michael S. Griffin, Ronald J.
                 Cavaliere per Oral Order by CMH (psid) [Entry date 11/14/03]

11/25/03  12     MOTION by Michael S. Griffin to Transfer Case (edoo)
                 [Entry date 11/25/03]

11/25/03  13     MOTION by Michael S. Griffin to Continue trial date and
                 motions date (edoo) [Entry date 11/25/03]

11/25/03  14     REQUEST  by Michael S. Griffin for notice of intention to
                 use evidence (edoo) [Entry date 11/25/03]

11/25/03  15     MOTION by Michael S. Griffin to Suppress illegally
                 obtained evidence (edoo) [Entry date 11/25/03]

11/25/03  16     MOTION by Michael S. Griffin for statements by
                 co-defendant's and co-conspirators (edoo)
                 [Entry date 11/25/03]

11/25/03  17     MOTION  by Michael S. Griffin for Bill of Particulars (edoo)
                 [Entry date 11/25/03]

11/25/03  18     NOTICE of Hearing as to Michael S. Griffin, USA Motion
                 Hearing Deadline before Judge Claude M. Hilton set for 9:00
                 12/12/03 for [17-1] motion by Michael S. Griffin for Bill
                 of Particulars, set for 9:00 12/12/03 for [16-1] motion by
                 Michael S. Griffin for statements by co-defendant's and
                 co-conspirators, set for 9:00 12/12/03 for [15-1] motion by
                 Michael S. Griffin to Suppress illegally obtained evidence,
                 set for 9:00 12/12/03 for [13-1] motion by Michael S.
                 Griffin to Continue trial date and motions date, set for
                 9:00 12/12/03 for [12-1] motion by Michael S. Griffin to
                 Transfer Case (edoo) [Entry date 11/25/03]

12/5/03   19     MOTION by USA to Amend [1-1] indictment as to Ronald J.
```

|  |  |  |
|---|---|---|
|  |  | Cavaliere (kjon) [Entry date 12/08/03] |
| 12/5/03 | 20 | NOTICE of Hearing Motion Hearing Deadline before Judge Claude M. Hilton set for 9:00 12/12/03 for [19-1] motion by USA to Amend [1-1] indictment as to Ronald J. Cavaliere (kjon) [Entry date 12/08/03] |
| 12/9/03 | 21 | ORDER as to Michael S. Griffin, for discovery and inspection (see order for details) ( Signed by Judge Claude M. Hilton ) Copies Mailed: Yes (kjon) [Entry date 12/10/03] |
| 12/12/03 | 22 | NOTICE of intent to use evidence at trial by USA as to Michael S. Griffin (kjon) [Entry date 12/12/03] |
| 12/12/03 | 23 | CONSOLIDATED RESPONSE by USA [12-1] motion by Michael S. Griffin to Transfer Case, [13-1] motion by Michael S. Griffin to Continue trial date and motions date, [14-1] request by Michael S. Griffin for notice of intention to use evidence, [15-1] motion by Michael S. Griffin to Suppress illegally obtained evidence, [16-1] motion by Michael S. Griffin for statements by co-defendant's and co-conspirators, [17-1] motion by Michael S. Griffin for Bill of Particulars as to Michael S. Griffin (kjon) [Entry date 12/12/03] |
| 12/12/03 | -- | Motion hearing held as to Michael S. Griffin, Ronald J. Cavaliere re: [12-1] motion by Michael S. Griffin to Transfer Case, [19-1] motion by USA to Amend [1-1] indictment as to Ronald J. Cavaliere   before Judge Claude M. Hilton ( reporter: Linnell)  USA appeared through: Sonya Sacks. DftGriffin appeared w/Dean Latsios, Dft Cavalier appeared through Brian Moran. Dft's motion to tranfers case argued and granted as to both dfts. US motion to amend - granted. (agil) [Entry date 12/17/03] |
| 12/15/03 | 24 | ORDER, for the reasons stated from the bench, that [19-1] motion by USA to Amend [1-1] indictment is GRANTED and Dft's [12-1] motion to Transfer Case is GRANTED and this case is TRANSFERRED to the USDC, District of Massachusetts as to Michael S. Griffin (1), Ronald J. Cavalier (2) ( Signed by Judge Claude M. Hilton ) Copies Mailed: 12.17.03 (agil) [Entry date 12/17/03] |
| 12/17/03 | -- | Transfer (Rule 21) to Massachusetts as to Michael S. Griffin, Ronald J. Cavaliere Counts closed: Michael S. Griffin (1) count(s) 1, Ronald J. Cavaliere (2) count(s) 1  in one volume (agil) [Entry date 12/17/03] |

Case Flags:
CLOSED

END OF DOCKET: 1:03cr509-0

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/05/2004 07:15:50 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | docket report | **Search Criteria:** | 1:03cr00509 |
| **Billable Pages:** | 6 | **Cost:** | 0.42 |