IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNDER SEAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03-509-A |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy To Distribute |
| MICHAEL S. GRIFFIN | ) | Cocaine and Marijuana |
| RONALD J. CAVALIERE | ) | |
| | ) | FORFEITURE: 21 U.S.C. § 853 |
| | ) | Forfeiture of Drug-Related |
| | ) | Assets |

OCTOBER 2003 TERM--AT ALEXANDRIA

INDICTMENT

THE GRAND JURY CHARGES THAT:

From in or about 1998 to in or about April 2002, within the

Eastern District of Virginia and elsewhere, the defendants,

MICHAEL S. GRIFFIN and RONALD JAMES CAVALIERE, did unlawfully,

knowingly, and intentionally combine, conspire, confederate, and

agree together with Frank E. Fister, Jr., Rodney J. Mirabal,

Ruben L. Mirabal, and others, both known and unknown to the grand

jury, to commit the following offenses against the United States:

1.  To unlawfully, knowingly, and intentionally distribute

5 kilograms or more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1);

2.  To unlawfully, knowingly, and intentionally distribute

100 kilograms or more of a mixture and substance containing a

detectable amount of marijuana, a Schedule I controlled

substance, in violation of Title 21, United States Code, Section
841(a)(1).

### WAYS, MANNER, AND MEANS TO ACCOMPLISH THE CONSPIRACY

The primary purpose of the conspiracy was to make as much
money as possible through the distribution of cocaine and
marijuana in the Eastern District of Virginia and elsewhere.   The
ways, manner and means by which this purpose was carried out
included the following:

1.  It was part of the conspiracy that the defendants and
their co-conspirators played different roles, took upon
themselves different tasks and participated in the affairs of the
conspiracy through various criminal acts.

2.  It was further part of the conspiracy that the
defendants and their co-conspirators made themselves and their
services available at various times throughout the conspiracy and
participated in selective drug distribution ventures on an "as
needed" basis.

3.  It was further part of the conspiracy that the
defendants and their co-conspirators traveled in interstate
commerce in order to facilitate the distribution of controlled
substances.

4.  It was further part of the conspiracy that the
defendants and their co-conspirators distributed, and caused to
be distributed, various quantities of cocaine and marijuana in

2

the Eastern District of Virginia and elsewhere.

5.   It was further part of the conspiracy that the defendants and their co-conspirators derived money and other benefits from their unlawful activities.

6.   It was further part of the conspiracy that the defendants and their co-conspirators utilized telephone communications and telephone paging devices to facilitate their drug trafficking activities.

7.   It was further part of the conspiracy that the defendants' co-conspirators utilized their employment benefits with United Airlines to transport quantities of cocaine and marijuana between Texas, Colorado, and Massachusetts.  The cocaine and marijuana was redistributed by co-conspirators in the Eastern District of Virginia and elsewhere.

8.   It was further part of the conspiracy that the defendants and their co-conspirators utilized Federal Express and United Parcel Service to transfer and receive drug proceeds.

9.   It was further part of the conspiracy that from in or about 1998 to in or about April 17, 2002, the defendants obtained quantities of cocaine and marijuana from their co-conspirators and transported the cocaine and marijuana by vehicle from Texas to Boston, Massachusetts, for redistribution in the Eastern District of Virginia and elsewhere.

10.   It was further part of the conspiracy that from in or

3

about 1997 to in or about April 17, 2002, the defendants obtained
quantities of cocaine from Frank E. Fister, Jr., for
redistribution by the defendants to the defendants' drug
customers.

11.   It was further part of the conspiracy that the
defendants and their co-conspirators derived substantial income
and resources from their unlawful activities.

12.   It was further part of the conspiracy that the
defendants and their co-conspirators used various methods to
conceal the conspiracy and their unlawful drug distribution
activities in order to ensure the continuing existence and
success of the conspiracy.

13.   It was further part of the conspiracy that the
defendants would commit and aid and abet in the commission of
criminal offenses involving the knowing and intentional
distribution of cocaine and marijuana, in violation of Title 21,
United States Code, Section 841(a)(1) and Title 18, United States
Code, Section 2.

## OVERT ACTS

In furtherance of the said conspiracy and to effect the
objects thereof, the defendants and their co-conspirators
committed overt acts in the Eastern District of Virginia and
elsewhere, including, but not limited to, the following:

1.   From in or about 1998 through in or about April 17,

4

2002, MICHAEL S. GRIFFIN and RONALD J. CAVALIERE obtained various quantities of cocaine and marijuana from Rodney J. Mirabal and Ruben L. Mirabal in Texas and transported the cocaine and marijuana to Frank E. Fister, Jr., in Boston, Massachusetts, for redistribution in the Eastern District of Virginia and elsewhere.

2. In or about October 1998, RONALD J. CAVALIERE transported approximately 500 pounds of marijuana from Texas to Boston, Massachusetts, for redistribution.

3. On or about January 16, 2000, MICHAEL S. GRIFFIN transported approximately 43 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

4. On or about February 12, 2000, MICHAEL S. GRIFFIN transported approximately 43 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

5. On or about March 7, 2000, MICHAEL S. GRIFFIN transported approximately 40 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

6. In or about March 2000, RONALD J. CAVALIERE and a co-conspirator transported approximately 500 pounds of marijuana from Texas to Boston, Massachusetts, for redistribution.

7. On or about May 20, 2000, MICHAEL S. GRIFFIN transported approximately 50 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

8. On or about September 16, 2000, MICHAEL S. GRIFFIN

transported approximately 81 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

9.   On or about September 30, 2000, MICHAEL S. GRIFFIN transported approximately 40 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

10.   In or about January 2001, MICHAEL S. GRIFFIN transported approximately 102 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

11.   In or about March 2001, MICHAEL S. GRIFFIN transported approximately 137 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

12.   In or about May 2001, MICHAEL S. GRIFFIN transported approximately 149 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

13.   In or about August 2001, MICHAEL S. GRIFFIN transported approximately 140 kilograms of cocaine from Texas to Boston, Massachusetts, for redistribution.

14.   In or about December 2001, MICHAEL S. GRIFFIN transported approximately 175 kilograms of cocaine and 405 pounds of marijuana from Texas to Boston, Massachusetts, for redistribution.

15.   In or about late January 2002, in Boston, Massachusetts, Rodney Mirabal distributed between 3 to 6 kilograms of cocaine to Scott Billups and Carlos Carter for

6

redistribution in the Eastern District of Virginia.  This cocaine
was previously transported by one of Frank E. Fister, Jr.'s
drivers from Texas to Boston.

16.   In or about late January 2002, Scott Billups and Carlos
Carter redistributed between 3 to 6 kilograms of cocaine in the
Eastern District of Virginia.

17.   In or about late February 2002, in Boston,
Massachusetts, Rodney Mirabal distributed approximately 10
kilograms of cocaine to Scott Billups and Carlos Carter for
redistribution in the Eastern District of Virginia.  This cocaine
was previously transported by a co-conspirator from Texas to
Boston.

18.   In or about late February 2002, Scott Billups and
Carlos Carter redistributed approximately 10 kilograms of cocaine
in the Eastern District of Virginia.

19.   In or about March 2002, MICHAEL S. GRIFFIN transported
approximately 92 kilograms of cocaine from Texas to Boston,
Massachusetts, for redistribution.

20.   In or about April 2002, RONALD J. CAVALIERE arranged
for Frank E. Fister, Jr. to distribute 300 pounds of marijuana to
a confidential informant at RONALD J. CAVALIERE's residence
located at 9 Wildwood Drive, in Milford, Massachusetts.

21.   On or about April 17, 2002, Frank E. Fister, Jr. and
RONALD J. CAVALIERE distributed 300 pounds of marijuana to a

confidential informant at RONALD J. CAVALIERE's residence located at 9 Wildwood Drive, in Milford, Massachusetts.

22.   On or about April 17, 2002, in Boston, Massachusetts, Rodney Mirabal distributed approximately 54 kilograms of cocaine to Scott Billups and Carlos Carter for redistribution in the Eastern District of Virginia.   This cocaine was previously transported by a co-conspirator from Texas to Boston.

23.   In or about late April 2002, Scott Billups and Carlos Carter redistributed approximately 40 kilograms of cocaine in the Eastern District of Virginia.

(All in violation of Title 21, United States Code, Section 846)