AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

U.S.

v.

Michael Griffin

**APPEARANCE**

Case Number: 03-10404-

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  defendant

_2/12/04_  
Date

_Max D. Stern_  
Signature

_Max D. Stern_  
Print Name

_90 Canal St._  
Address

_Boston_  _MA_  _02445_  
City   State   Zip Code

_617-742-5800_  
Phone Number