UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN

### ORDER ON EXCLUDABLE TIME

February 12, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 12, 2004 - March 17, 2004,

that being the period between today's Status Conference where new counsel for the defendant appeared, and the next Status Conference.

The parties have agreed that as of March 17, 2004 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge