UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN
and RONALD CAVALIERE

**FURTHER ORDER ON EXCLUDABLE TIME**

February 23, 2004

DEIN, M.J.

In accordance with the agreement of the parties, as set forth in the "Government's Assented-To Motion for Exclusion of Time Under the Speedy Trial Act" (Docket # 15), this court orders the following period of time excludable from the time period within which trial must commence:

November 5, 2003 - February 4, 2004

that being the period between the arraignment of the defendant Michael Griffin in the Eastern District of Virginia and the arraignment of the defendant Ronald Cavaliere in the District of Massachusetts; and

February 4, 2004 - March 17, 2004

that being the period of time from the arraignment of Ronald Cavaliere until the next status conference. This time is being excluded because the interests of justice, i.e., to allow the defendants time to review the case, review the evidence, and consider

alternatives concerning how best to proceed with this matter, outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment.

Based on this order, as of March 17, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge