UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>            Plaintiff,      )<br>                              )<br>    v.                        )<br>                              )  Criminal No. 03-10404-NG<br>MICHAEL S. GRIFFIN,           )<br>RONALD J. CAVALIERE,          )<br>            Defendants.       ) | |

### UNITED STATES' BILL OF PARTICULARS
### FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

The Forfeiture Allegations of the Indictment seek forfeiture, pursuant to Title 21, United States Code, Section 853(a) as a result of violations of 21 U.S.C. §§ 841 and 846, of any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of such violations; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including, but not limited to the following:

1. The sum of $595,000, representing the joint and several amount of the defendants' illegal drug proceeds;

2. Certain real property located at 9 Wildwood Drive, Milford, Massachusetts 01757, said premises being more particularly described in a Deed recorded at the Worcester County Registry of Deeds in <u>Book</u> 15524, <u>Page</u> 145, held in the name of Ronald Cavaliere and Debra Cavaliere;

3. One 2000 Chevrolet Suburban K1500, Vehicle Identification No. 3GNFK16T6YG160460, and Massachusetts Registration No. 3413 RD, held in the name of Michael Griffin;

4. One 1997 Harley Davidson Motorcycle, Vehicle Identification No. NH0010485, and Massachusetts Registration No. MYGRL, held in the name of Michael Griffin;

5. One 1970 Triumph Trident Motorcycle, Vehicle Identification No. AE00422T1S0V, held in the name of Michael Griffin;

6. $15,000.00 in United States Currency, seized from 362 Wolcott Street, Newton, Massachusetts, on or about October 28, 2003; and

7. $5,000.00 in United States Currency, seized from 362 Wolcott Street, Newton, Massachusetts, on or about October 28, 2003.

In addition, if the $595,000, representing the joint and several amount of the defendants' illegal drug proceeds, as described above, as a result of any act or omission by the Defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or deposited with a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the Defendants, up to the value of the property described above, including, but not limited to, the following:

1. Certain real property located at 362 Wolcott Street, Newton, Massachusetts 02465, said premises being more

    particularly described in a Deed recorded at the Middlesex Southern Registry of Deeds in <u>Book</u> 34329, <u>Page</u> 303, held in the name of Michael S. Griffin and Christina M. Griffin; and

2. Certain real property located at 1856 W. Pearson Street, Hernando, Florida 34442, said premises being more particularly described as: All that certain land situate in Citrus County, Florida, viz.: Lot 25, Block 63, CITRUS HILLS FIRST ADDITION, according to plat thereof recorded in Plat Book 9, pages 73 through 83 inclusive, in the public records of Citrus County, Florida, BEING THE SAME PROPERTY conveyed to Ronald J. Cavaliere and Debra L. Cavaliere by Warranty Deed dated November 9, 1998, and recorded on November 13, 1998, in Official Records Book 1273 at Page 1759, among the land records of Citrus County, Florida.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: _____
     RACHEL E. HERSHFANG
     JENNIFER H. ZACKS
     Assistant U.S. Attorneys
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3100

Dated:

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon all counsel of record.

                              _____
                              Jennifer H. Zacks,
                              Assistant U.S. Attorney

Dated: