UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____ )
                          )
UNITED STATES             )
                          )
v.                        )         CRIM. NO. 03-10404-NG
                          )
MICHAEL GRIFFIN, et. al   )
_____ )
```

**MOTION OF DEFENDANT MICHAEL GRIFFIN
TO TRAVEL OUTSIDE OF NEW ENGLAND**

Defendant Michael Griffin moves for leave to travel outside of New England, specifically to Florida and back, leaving on April 28 and returning on May 7, 2004. In support thereof, defendant says as follows:

1. Defendant is a mover by occupation and owns and operates the D2 Piano Movers company.

2. The purpose of the proposed travel is to move the contents of a home from Provincetown, MA to Ft. Lauderdale, FL.

3. The move is for clients Michael and Joanne Rand of 27 Commercial Street, Provincetown. They are moving to 2110 North Ocean Blvd., in Ft. Lauderdale.

4. Defendant will be performing the move using two trucks, and with three employees other than himself.

5. The move is expected to take ten days, round-trip.

Respectfully submitted,

*/s/ Max D. Stern*

Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
  & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022

Dated: March 17, 2004