UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                            )
UNITED STATES,              )
                            )
          v.                )        CRIMINAL NO. 03-10404-NG
                            )
MICHAEL GRIFFIN, et al.     )
                            )
```

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as co-counsel in this case for the defendant Michael Griffin.

Respectfully submitted,

Lillian Hirales
BBO NO. 652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800
lhirales@sswg.com

Dated: May 10, 2004

G:\SSWG\GRIFFIN, M\Notice App. LH.wpd

## CERTIFICATE OF SERVICE

Copies of the Notice of Appearance were sent by first class mail, postage prepaid, to the following:

Rachel E. Hershfang, Esq.
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Mark Shea, Esq.
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA 02141

Lillian Hirales

May 10, 2004