UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES,                 )
                               )
        v.                     )    CRIMINAL NO. 03-10404-NG
                               )
MICHAEL GRIFFIN, et al.        )
_____)
```

**DEFENDANT'S MOTION TO EXTEND
THE TIME TO REQUEST DISCOVERY
AND TO POSTPONE INTERIM STATUS CONFERENCE**

Defendant Michael Griffin hereby moves to extend the time to request discovery and to postpone the interim status conference currently scheduled for May 14, 2004. In support thereof, defendant says as follows:

1. Currently, defendant was required to serve his requests for discovery, pursuant to Local Rule 116.3(A), by May 7 and there is an interim status conference scheduled for May 14, 2004.

2. The Government has produced to defendant copies of numerous audio tapes, including four which were received by defendant on May 10, 2004. Defense counsel needs more time to review this material.

3. Accordingly, defendant requests that the Court extend the time to serve these requests for 30 days, or until June 10, 2004, and to extend the time for the interim status conference for a date during the week of June 14.

4.  Counsel has conferred with the Government attorney who does not oppose this request.  The parties agree that the continuance requested will constitute excludable time for purposes of the Speedy Trial Act.

                                    Respectfully submitted,

                                    /s/ Max D. Stern
                                    Max D. Stern
                                    BBO NO. 479560
                                    Stern, Shapiro, Weissberg
                                     & Garin, LLP
                                    90 Canal Street, Suite 500
                                    Boston, MA 02114-2022
                                    (617) 742-5800

Dated: May 10, 2004


G:\SSWG\GRIFFIN, M\extend time mot.wpd

**CERTIFICATE OF SERVICE**

Copies of the Motion to Extend the Time to Request Discovery and to Postpone Interim Status Conference were sent by first class mail, postage prepaid, to the following:

Rachel E. Hershfang, Esq.
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Mark Shea, Esq.
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA 02141

_____
Lillian Hirales

May 10, 2004