UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )       No. 03-10404-NG
                               )
                               )
        v.                     )
                               )
1. MICHAEL GRIFFIN,            )
2. RONALD CAVALIERE,           )

**[ASSENTED-TO] MOTION TO CONTINUE STATUS CONFERENCE
AND DISCOVERY DEADLINES, AND TO EXCLUDE TIME**

The United States, by and through counsel, Michael J.
Sullivan, United States Attorney, and Rachel E. Hershfang,
Assistant United States Attorney, respectfully requests that the
Court continue the status conference, currently set for June 15,
2004, until the week of July 12, 2004, or thereafter.  In support
of this motion, the government states as follows:

1.    The parties are attempting to resolve discovery
disputes without the need for letter-writing or the Court's
intervention;

2.    The government has recently agreed to provide the
defendants with reports and transcripts not covered by the
automatic discovery requirements;

3.    Defendants have agreed to allow the undersigned a
period of a few weeks to collect and disclose these items;

4.    Defendants have asked that, following that disclosure,
they be allowed until the week of July 6 to review the documents
and make any additional written discovery requests to the
government;

5.    Allowing this additional time will allow the parties to narrow -- or perhaps avoid -- their discovery disputes, and to further evaluate the need for motions; and

6.    The parties submit that such a continuance is therefore in the interests of justice, and request exclusion of the time between June 15, 2004 (the final date of exclusion in the Court's Orders dated May 14 and 17, 2004) and the date selected by the Court for the status conference in July.

Accordingly, the government asks that the status conference be continued to a day during the week of July 12, in the convenience of the Court; that defendants' discovery requests be due 7 days before such date (during the week of July 6); and that the time between June 15, 2004 and the date selected for the continued status be excluded in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Rachel E. Hershfang

RACHEL E. HERSHFANG
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Max Stern, Esq.                              Mark Shea, Esq.
Stern, Shapiro, Weissberg & Garin, LLP       47 Third Street
90 Canal Street                              Cambridge, MA 02141
Boston, MA 02114-2022

This 26th day of May, 2004.

_____
RACHEL E. HERSHFANG
ASSISTANT UNITED STATES ATTORNEY