UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES,                 )
                               )
        v.                     )    CRIMINAL NO. 03-10404-NG
                               )
MICHAEL GRIFFIN, et al.        )
_____)
```

### DEFENDANT'S MOTION TO EXTEND THE TIME TO REQUEST DISCOVERY AND TO POSTPONE INTERIM STATUS CONFERENCE

Defendant Michael Griffin hereby moves to extend the time to request discovery and to postpone the interim status conference currently scheduled for July 13, 2004. In support thereof, defendant says as follows:

1. Currently, defendant was required to serve his requests for discovery, pursuant to Local Rule 116.3(A), by July 6 and there is an interim status conference scheduled for July 13, 2004.

2. On May 17, 2004, defendant entered a residential treatment program at Gosnold Treatment Center in Falmouth, Massachusetts. Since then, defendant has not been available to confer with counsel about his case.

3. Moreover, defendant and the Government have been unable to schedule a mutually convenient time to review additional discovery documents in the custody of the Government. Both parties hope to schedule a time for the week of July 19, 2004.

    2.  Accordingly, defendant requests that the Court extend the time to serve these requests for 18 days, or until July 30, 2004, and to extend the time for the interim status conference for a date during the week of August 2.

    3.  Counsel has conferred with the Government attorney, along with counsel for the co-defendant, who do not oppose this request.  The parties agree that the continuance requested will constitute excludable time for purposes of the Speedy Trial Act.

Respectfully submitted,

/s/ *Max D. Stern*
Max D. Stern
BBO NO. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: July 12, 2004

G:\SSWG\GRIFFIN, M\extend time mot 2 .wpd