UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN
and RONALD CAVALIERE

**FURTHER ORDER ON EXCLUDABLE TIME**

July 13, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for July 13, 2004. The defendant, Michael S. Griffin, with the assent of his co-defendant and the government, has requested a continuance in order to review additional discovery documents. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 13, 2004 - August 5, 2004

that being the time between the Interim Status Conference as originally scheduled and the rescheduled Interim Status Conference.

**The Interim Status Conference has been rescheduled to August 5, 2004 at 10:00 A.M. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In**

addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

    / s / Judith Gail Dein  
JUDITH GAIL DEIN  
United States Magistrate Judge