UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN
and RONALD CAVALIERE

**FURTHER ORDER ON EXCLUDABLE TIME**

August 5, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 5, 2004 through October 7, 2004,

that being the period between the Interim Status Conference and the next Status Conference.

Based upon the prior orders of this court dated February 12, 2004, February 23, 2004, March 17, 2004, May 13, 2004, May 27, 2004, July 13, 2004, and this order, as of October 7, 2004 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

    / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge