```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )    No. 03-10404-NG
                            )
                            )
    v.                      )
                            )
1. MICHAEL GRIFFIN,         )
2. RONALD CAVALIERE,        )
```

### [ASSENTED-TO] MOTION TO CONTINUE STATUS CONFERENCE AND DISCOVERY DEADLINES, AND TO EXCLUDE TIME

The United States, by and through counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, respectfully requests that the Court continue the status conference, currently set for October 7, 2004, until after October 29, in the convenience of the Court. In support of this motion, the government states as follows:

1. The defense has made additional discovery requests that the government is seeking to comply with;

2. Such additional discovery will not be available for disclosure until after October 29;

3. The disclosure of these items may assist the defendants in evaluating the case against them; and

4. Defendants assent to the continuance.

The parties submit that such a continuance is therefore in the interests of justice, and request exclusion of the time between October 7, 2004 (the final date of exclusion in the Court's Orders) and the date selected by the Court for the status conference after October 29.

Accordingly, the government asks that the status conference be continued to a day during after October 29, in the convenience of the Court, and that the time until such date be excluded in the interests of justice.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                       By:   /s/ Rachel E. Hershfang

                                      RACHEL E. HERSHFANG
                                      Assistant U.S. Attorney