UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN
and RONALD CAVALIERE

## FURTHER ORDER ON EXCLUDABLE TIME

October 5, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for October 7, 2004. The government, with the assent of the defendants, has requested a continuance in order to produce additional discovery. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 7, 2004 - November 1, 2004

that being the time between the Interim Status Conference as originally scheduled and the rescheduled Interim Status Conference.

**The Interim Status Conference has been rescheduled to November 1, 2004 at 10:00 A.M. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In**

**addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

                                      / s / Judith Gail Dein
                                    JUDITH GAIL DEIN
                                    United States Magistrate Judge