```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )    No. 03-10404-NG
                            )
                            )
     v.                     )
                            )
1. MICHAEL GRIFFIN,         )
2. RONALD CAVALIERE,        )
```

### [ASSENTED-TO] MOTION TO CONTINUE STATUS CONFERENCE AND DISCOVERY DEADLINES, AND TO EXCLUDE TIME

The United States, by and through counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, respectfully requests that the Court continue the status conference, currently set for November 1, 2004, until after October November 15, in the convenience of the Court. In support of this motion, the government states as follows:

    1.   Counsel for the government will be on trial at the date and time set for the status conference;

    2.   The parties are still attempting to work out discovery requests from the defense;

    3.   The disclosure of these items may assist the defendants in evaluating the case against them;

    4.   Neither defendant is in custody on this case; and

    5.   The defendants, through counsel, assent to this motion.

The government submits that such a continuance is therefore in the interests of justice, and requests exclusion of the time between November 1, 2004 (the final date of exclusion in the

Court's Orders) and the date selected by the Court for the status conference.

Accordingly, the government asks that the status conference be continued to a day after November 15, in the convenience of the Court, and that the time until such date be excluded in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Rachel E. Hershfang

RACHEL E. HERSHFANG
Assistant U.S. Attorney
