UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 03-10404-NG |
| | ) | |
| 1. MICHAEL GRIFFIN, | ) | |
| 2. RONALD CAVALIERE, | ) | |
| 3. DAVID VENEY, and | ) | |
| 4. RICHARD COLLADO, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America respectfully moves this Court to unseal the Superseding Indictment in the above-captioned case. In support of this motion, the government states that there is no longer a reason to maintain the indictment under seal, and the defendants ought to be made aware of the charges against them.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: _/s/ Rachel E. Hershfang_
    RACHEL E. HERSHFANG
    Assistant U.S. Attorney

Date: December 14, 2004