```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                               )
UNITED STATES,                 )
                               )
         v.                    )     CRIMINAL NO. 03-10404-NG
                               )
MICHAEL GRIFFIN, et al.        )
_____)
```

## DEFENDANT'S MOTION TO EXTEND THE TIME AND TO POSTPONE INTERIM STATUS CONFERENCE

Defendant Michael Griffin respectfully requests that the Court continue the status conference, currently set for Friday, December 17, 2004, to Thursday, December 23, 2004, in the convenience of the Court. In support of this motion, defendant states as follows:

1. Counsel for defendant Griffin had an unforeseen need to appear in state court on another case on Friday, November 17, 2004.

2. Counsel has conferred with the Government attorney, along with Mark W. Shea, counsel for the co-defendant, who does not oppose this request. The parties agree that the continuance requested will constitute excludable time for purposes of the Speedy Trial Act.

                                  Respectfully submitted,

                                  /s/ *Max D. Stern*
                                  Max D. Stern
                                  BBO NO. 479560
                                  Stern, Shapiro, Weissberg
                                   & Garin, LLP
                                  90 Canal Street, Suite 500
                                  Boston, MA 02114-2022
                                  (617) 742-5800

Dated: December 16, 2004

G:\SSWG\GRIFFIN, M\extend time mot 3 .wpd