UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) | Cr. No. 03-10404-NG |
| MICHAEL S. GRIFFIN and RONALD J. CAVALIERE | ) | |

## DEFENDANT MICHAEL S. GRIFFIN'S MOTION TO REMOVE LIS PENDENS

Defendant Michael S. Griffin moves the Court to vacate the lis pendens which the government recorded against his home at 362 Wolcott Street, Newton, MA. In support thereof, he says that (1) he was never afforded an opportunity to be heard on the issue of whether a notice of lis pendens should be ordered; (2) there is no statutory authority for the issuance of the notice; and (3) the continued existence of the notice is causing him serious harm. The basis for this motion is further set forth in the accompanying Memorandum and exhibits thereto.

Respectfully Submitted,

/S/ Max D. Stern

Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: December 22, 2004

G:\SSWG\GRIFFIN, M\lis pendens motion.wpd