# EXHIBIT B

|            |    |                                                                                                                                                                                                                                                                                                                                                             |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | granting [4-1] amended motion by USA to Seal [1-1] indictment ( Signed by Judge Claude M. Hilton ) Copies Mailed: y (edoo) [Entry date 10/28/03]                                                                                                                                                                                                             |
| 10/27/03   | 7  | MOTION by USA as to Michael S. Griffin by USA for ex parte finding and endorsement of lis pendens (edoo) [Entry date 10/28/03]                                                                                                                                                                                                                               |
| 10/27/03   | 8  | NOTICE of Lis Pendens by USA as to Michael S. Griffin (edoo) [Entry date 10/28/03]                                                                                                                                                                                                                                                                           |
| 10/31/03   | -- | Minute entry as to Michael S. Griffin, Ronald J. Cavaliere : ( before Judge Claude M. Hilton )( Reporter: Linnell) USA Appeared through: Gerald Smagala. Matter on for arraignment. Dfts not present. Arraignment cont'd to 11/14/03 @ 9:00 to allow dfts to be brought here. (psid) [Entry date 10/31/03]                                                    |
| 10/31/03   | -- | Arraignment as to Michael S. Griffin, Ronald J. Cavaliere before Judge Claude M. Hilton reset for 9:00 11/14/03 for Michael S. Griffin, for Ronald J. Cavaliere (psid) [Entry date 10/31/03]                                                                                                                                                                 |
| 10/31/03   | -- | Arraignment as to Michael S. Griffin before Judge Claude M. Hilton reset for 9:30 11/5/03 for Michael S. Griffin per CMH's chambers. (psid) [Entry date 10/31/03]                                                                                                                                                                                            |
| 10/31/03   | -- | ORAL ORDER as to Michael S. Griffin , to appoint federal public defender Charles De Mon Lewis () (edoo) [Entry date 10/31/03]                                                                                                                                                                                                                                |
| 11/3/03    | 10 | CJA 20 as to Michael S. Griffin Appointment of Attorney C. Dean Latsios () (edoo) [Entry date 11/03/03]                                                                                                                                                                                                                                                      |
| 11/5/03    | -- | Arraignment as to Michael S. Griffin held before Judge Claude M. Hilton. Dft WFA, PNG and demanded a jury trial. 20 days to file motions. Motion Hearing set for 9:00 12/12/03 for Michael S. Griffin; Jury Trial set for 10:00 1/7/04 for Michael S. Griffin ; ( Reporter: Linnell) USA appeared through: Sonya Sacks; Dft(s) appeared w/counsel Dean Latsios. All exhibits to be filed 5 days prior to trial. Dft cont'd on present bond (set in USDC - Massachusetts) (psid) [Entry date 11/05/03] |
| 11/14/03   | -- | ORAL ORDER as to Michael S. Griffin, Ronald J. Cavaliere Unsealing Case ( Entered by Judge Claude M. Hilton ) (psid) [Entry date 11/14/03]                                                                                                                                                                                                                   |
| 11/14/03   | -- | Indictment unsealed as to Michael S. Griffin, Ronald J. Cavaliere per Oral Order by CMH (psid) [Entry date 11/14/03]                                                                                                                                                                                                                                         |
| 11/25/03   | 12 | MOTION by Michael S. Griffin to Transfer Case (edoo) [Entry date 11/25/03]                                                                                                                                                                                                                                                                                   |
| 11/25/03   | 13 | MOTION by Michael S. Griffin to Continue trial date and motions date (edoo) [Entry date 11/25/03]                                                                                                                                                                                                                                                            |
| 11/25/03   | 14 | REQUEST by Michael S. Griffin for notice of intention to use evidence (edoo) [Entry date 11/25/03]                                                                                                                                                                                                                                                           |