# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE 03-509-A |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL S. GRIFFIN | ) | |

NOTICE OF LIS PENDENS

Bk: 41311 Pg: 506
Recorded: 10/29/2003
Document: 00001404 Page: 1 of 6

TO ALL WHOM IT MAY CONCERN:

TAKE NOTICE that the United States of America, by its attorneys, Paul J. McNulty, United States Attorney for the Eastern District of Virginia, and Sonya L. Sacks, Special Assistant U.S. Attorney, has received an indictment charging defendant MICHAEL S. GRIFFIN with conspiracy to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine and 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, all in violation of Title 21, United States Code, Section 846. Pursuant to Title 21, United States Code, Section 853, the indictment also alleges criminal forfeiture of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, including the sum of $595,000, representing the joint and several amount of illegal drug proceeds. Pursuant to 21 U.S.C. § 853(p), the real property located at 362 Wolcott Street, Newton, Massachusetts 02465 is a substitute asset for the $595,000 sum

MARGINAL REFERENCE REQUESTED

BOOK 34329 PAGE 303

described in the indictment. For title to the subject property, see Deeds Book 34329, Page 303, at the Worcester District Registry of Deeds, in the Commonwealth of Massachusetts. The property subject to this lis pendens is more fully described in Government Exhibit 1 (attached).

                              Respectfully submitted,

                              Paul J. McNulty
                              United States Attorney

By:  _____
     Sonya L. Sacks
     Special Assistant U.S. Attorney
     2100 Jamieson Avenue
     Alexandria, VA
     (703) 299-3700

Dated:   October 27, 2003


                    COMMONWEALTH OF VIRGINIA

City of Alexandria, ss.


                            OATH

   The undersigned, Sonya L. Sacks, Special Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and buildings as described above.

                              _____
                              Sonya L. Sacks
                              Special Assistant U.S. Attorney

Dated: October 27, 2003

Then personally appeared the above-named Sonya L. Sacks, Special Assistant U.S. Attorney, and acknowledged the foregoing to be to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 27th day of October, 2003.

_____
Notary Public
My Commission expires: Sept. 30, 2005

The above-captioned action constitutes a claim of a right to title to real property, or the use and occupation thereof or the buildings thereon.

APPROVED AND SO ORDERED:

_____
United States District Judge

Dated: October 27, 2003

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
     DEPUTY CLERK

3

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                            ) | CRIMINAL CASE 03-509-A |
| ) | |
| MICHAEL S. GRIFFIN   ) | |

AFFIDAVIT OF SERVICE

I, Thomas Kennedy, Task Force Officer, Drug Enforcement Administration, being duly sworn, depose and say:

1. The attached <u>Lis Pendens</u> was issued in the above-captioned case and relates to real property which is subject to forfeiture pursuant to Title 21, United States Code, Section 853.

2. I have served the aforementioned <u>Lis Pendens</u> by certified mail addressed to:

    Treasurer/Tax Collector of Newton Massachusetts
    City Hall (Room 115)
    1000 Commonwealth Ave.
    Newton Centre, MA 02459

    Michael S. Griffin
    362 Wolcott Street
    Auburndale, MA 02466

    Christina M. Griffen
    362 Wolcott Street
    Auburndale, MA 02466

3. The <u>Lis Pendens</u> will also be served upon counsel for any defendant or claimant after counsel files his/her appearance.

Signed under the pains and penalties of perjury this 28th day of October, 2003.

                              _____
                              Thomas Kennedy
                              Task Force Officer,
                              Drug Enforcement Administration


              Commonwealth of Massachusetts
Middlesex, SS.

    Then personally appeared, the above named Thomas Kennedy, Task Force Officer, Drug Enforcement Administration, and acknowledge the foregoing to be true to the best of his knowledge, information, and belief, and to be his free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 29th day of October, 2003.

_____
Notary Public


My Commission Expires:

March 12, 2010

2

BK 34329 PG 303

## QUITCLAIM DEED

I, DAVID W. JACKSON of 362 Wolcott Street, Newton, Middlesex County, Massachusetts, (the "Grantor"), for full consideration of FOUR HUNDRED SIXTY-FIVE THOUSAND ($465,000.00) DOLLARS paid

GRANT TO:   MICHAEL S. GRIFFIN and CHRISTINA M. GRIFFIN, husband and wife, as tenants by the entirety, with an address of 160 Pine Street, #17, Auburndale, Massachusetts (the "Grantee")

with QUITCLAIM COVENANTS

the land with the buildings thereon situated in that part of Newton, Middlesex County, Massachusetts, known as Auburndale, and bounded and described as follows:

Beginning at a point on the Southerly side of Wolcott Street at land now or late of Barker, thence running

SOUTHEASTERLY     by said land now or late of Barker to land of the Boston and Albany Railroad Corporation, two hundred twenty-six (226) feet; thence turning and running

NORTHEASTERLY     by land of said Boston and Albany Railroad Corporation to land conveyed by C. Harold Baldwin to Cassie T. Spalding by deed dated May 15, 1912, recorded with Middlesex South District Deeds, Book 3693, Page 310, eight (8) feet; thence turning and running

NORTHWESTERLY     by said land now or formerly of said Cassie T. Spaulding to the Southerly side of Wolcott Street, one hundred ninety-six (196) feet; thence turning and running

WESTERLY          by said Wolcott Street to said land now or formerly of said Barker and the point of beginning, one hundred seventeen and 50/100 (117.50) feet.

Containing about 12,250 square feet of land, more or less, and being a portion of lot 11 shown on a plan entitled "Plan of House Lots in Auburndale Belonging to C. C. Burr" made by J. F. Fuller, recorded with said Deeds in Plan Book 22, Plan 2.

Being the same premises conveyed to David W. Jackson and Helen P. Jackson dated April 5, 1956 and recorded with the Middlesex County Registry of Deeds in Book 8697, Page 503. See also Middlesex County Probate Docket No. 91P1308E and the death certificate of Helen P. Jackson recorded with said Deeds at Book 29621, Page 157.

Witness my hand and seal this 14th day of December, 2001.

_David W. Jackson_
David W. Jackson

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                                December 14, 2001

Then personally appeared before me the above-mentioned David W. Jackson, and acknowledged the foregoing instrument to be his free act and deed before me.

_Angela M. Cox_
Notary Public  Angela M. Cox
My commission expires: 11/10/06

Property Address:   362 Wolcott Street, Newton, MA

Return To:   Angela M. Cox, Esq.
             Seegel, Lipshutz & Wilchins, PC
             60 William Street, Suite 200
             Wellesley, MA 02481



GOVERNMENT
EXHIBIT
1
03-509-A