# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v.         )<br>)<br>MICHAEL S. GRIFFIN and )<br>RONALD J. CAVALIERE ) <br>) | CRIM. NO. 03-10404-NG |

**AFFIDAVIT OF MICHAEL S. GRIFFIN
IN SUPPORT OF MOTION TO REMOVE LIS PENDENS**

I, Michael S. Griffin, hereby depose and say, under the penalties of perjury:

1. I am a defendant in the above-entitled case.

2. My wife and I own our home at 362 Wolcott Street, as tenants by the entirety.

3. Recently, I learned that the government had recorded a lis pendens against our property on account of its forfeiture count in this case. I do not recall ever receiving prior notice of the lis pendens and do not believe that any such notice was received at our home.

4. I discovered the lis pendens as a result of applying for a home equity loan, which I need in order to pay for legal expenses in this case. My wife and I were approved for the loan. However, on November 9th or 10th the bank informed us that the loan would be denied because the bank had discovered the lis pendens in a title search.

Signed under the penalties of perjury.

_/s/ Michael S. Griffin_
Michael S. Griffin

Dated: December 21, 2004

G:\SSWG\GRIFFIN, M\griffin affidavit re lis pendens.wpd