# EXHIBIT E

Case 1:03-cr-10404-NG   Document 48-6   Filed 12/22/2004   Page 1 of 6

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 03-10404-NG |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846 - |
| v. | ) | Conspiracy to Possess |
| | ) | With Intent to Distribute |
| 1. MICHAEL GRIFFIN, | ) | And to Distribute Cocaine |
| 2. RONALD CAVALIERE, | ) | |
| 3. WILLIAM DAVID VENEY, and | ) | 21 U.S.C. §846 - |
| 4. RICHARD COLLADO, | ) | Conspiracy to Possess with |
| | ) | Intent to Distribute and |
| | ) | to Distribute Marijuana |
| Defendants. | ) | |

## SUPERSEDING INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 846 - Conspiracy to Possess With Intent To Distribute and to Distribute Cocaine and Marijuana)

The Grand Jury charges that:

From a date unknown to the Grand Jury, but no later than in or about January, 2000, and continuing until on or about April 17, 2002 at Boston, and elsewhere, in the District of Massachusetts, and elsewhere,

        **1. MICHAEL GRIFFIN,**
        **2. RONALD CAVALIERE,**
        **3. WILLIAM DAVID VENEY, and**
        **4. RICHARD COLLADO,**

defendants herein, knowingly and intentionally combined, conspired, and agreed with each other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

It is further alleged that the conspiracy involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(vii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of committing the offense alleged in Count One of this indictment, in violation of 21 U.S.C. §846, 841(b)(1)(A), and 841(B)(1)(B) (conspiracy to possess with intent to distribute and to distribute cocaine and marijuana):

   1. **MICHAEL GRIFFIN**,
   2. **RONALD CAVALIERE**,
   3. **WILLIAM DAVID VENEY**,
   4. **RICHARD COLLADO**,

defendants herein, if convicted, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further charges that:

1.  The defendant MICHAEL GRIFFIN is accountable for 150 kilograms or more of cocaine. Accordingly, USSG §2D1.1(c)(1) applies to this defendant.

2.  The defendant RONALD CAVALIERE is accountable for at least 100 kilograms, but less than 400 kilograms, of marijuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

3.  The defendant WILLIAM DAVID VENEY is accountable for 150 kilograms or more of cocaine. Accordingly, USSG §2D1.1(c)(1) applies to this defendant.

4.  The defendant RICHARD COLLADO is accountable for at least 50 kilograms, but less than 150 kilograms, of cocaine, and at least 100 kilograms, but less than 400 kilograms, of marijuana. Accordingly, USSG §2D1.1(c)(2) applies to this defendant.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
RACHEL E. HERSHFANG
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 28, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

10/28/04

3:00pm