UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN and
and RONALD CAVALIERE

**FURTHER ORDER ON EXCLUDABLE TIME**

December 23, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 23, 2004 through January 27, 2005

that being the period between the Interim Status Conference and the next status conference.

Based upon the prior orders of the court dated February 12, 2004, February 23, 2004, March 17, 2004, May 13, 2004, May 27, 2004, July 13, 2004, August 5, 2004, October 5, 2004, November 1, 2004, November 17, 2004, December 17, 2004 and the order entered herein, as of January 27, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                            / s / Judith Gail Dein
                                            JUDITH GAIL DEIN

United States Magistrate Judge