UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 03-10404-NG |
| | ) | |
| v. | ) | |
| | ) | |
| 1. MICHAEL GRIFFIN, | ) | |
| 2. RONALD CAVALIERE, | ) | |
| 3. DAVID VENEY | | |

INITIAL STATUS CONFERENCE REPORT

The United States of America and the defendants, Michael Griffin, Ronald Cavaliere, and David Veney hereby submit this Initial Status Conference Report pursuant to Local Rule 116.5(A)(1)-(7).

**LOCAL RULE 116.5(A)(1).**

The parties agree there is no reason to grant relief from the otherwise applicable timing requirements imposed by L.R. 116.3.

**LOCAL RULE 116.5(A)(2).**

If the parties are unable to reach a stipulation regarding the drugs and chemicals seized in this case, the government plans to offer expert testimony regarding those drugs. If it should be necessary for the government to call one or more experts with respect to these matters, the defendant will be promptly notified when those prospective expert witnesses are identified. The government will provide discovery as required by Fed. R. Crim. P. 16(a)(1)(E) no later than 30 days before trial. The defendant will

provide reciprocal discovery of any defense experts no later than 15 days before trial.

**LOCAL RULE 116.5(A)(3).**

No party is aware at this time of the need to provide additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.

**LOCAL RULE 116.5(A)(4).**

Setting either a discovery or dispositive motion date at this time is not necessary.

**LOCAL RULE 116.5(A)(5).**

The parties agree that the following time periods are subject to excludable delay:

| | |
|---|---|
| 11/5/-3-2/4/04: | Excluded by order of the Court (docket no. 16) |
| 2/4/04-3/3/04: | Excluded by order of the Court (docket no. 11) |
| 2/12/04-3/17/04: | Excluded by order of the Court (docket no. 14) |
| 3/17/04-5/14/04 | Excluded by order of the Court (docket no. 20) |
| 5/14/04-6/15/04 | Excluded by order of the Court (docket no. 24) |
| 6/15/04-7/13/04: | Excluded by order of the Court (docket no. 27) |

| | |
|---|---|
| 7/13/04-8/5/04: | Excluded by order of the Court (docket no. 29) |
| 8/5/04-10/7/04: | Excluded by order of the Court (docket no. 32) |
| 10/7/04-11/1/04: | Excluded by order of the Court (docket no. 34) |
| 11/1/04-11/17/04: | Excluded by order of the Court (docket no. 36) |
| 11/17/04-12/17/04: | Excluded by order of the Court (docket no. 38) |
| 12/17/04-12/23/04: | Excluded by order of the Court (docket no. 41) |
| 12/17/04-1/14/05: | Excluded by order of the Court (docket no. 46) |
| 12/23/04-1/27/05: | Excluded by order of the Court (docket no. 51) |

As of 1/25/05, there have been 0 non-excluded days on the speedy trial clock, and 70 days remain before the case must be tried.

**LOCAL RULE 116.5(A)(6).**

At this writing, the parties anticipate that the case will be tried. The anticipated length of trial is 10-12 trial days.

3

**LOCAL RULE 116.5(A)(7).**

The parties request an interim status conference, thirty days or more from now, at the convenience of the Court, and ask that the time until that status conference be excluded in the interests of justice so as to allow the parties to discuss the possibility of a resolution of the case short of trial.

|  |  |
|---|---|
| MICHAEL GRIFFIN<br>By: _____<br>MAX STERN, ESQ. | Respectfully submitted,<br>MICHAEL J. SULLIVAN<br>United States Attorney<br>By: _____<br>RACHEL E. HERSHFANG<br>Assistant U.S. Attorney |
| RONALD CAVALIERE<br>By: _____<br>MARK W. SHEA, ESQ. | DAVID VENEY<br>By: _____<br>STEVEN A. SUSSMAN, ESQ. |

Dated: January 25, 2005

4