UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN
RONALD CAVALIERE and
WILLIAM DAVID VENEY

**FURTHER ORDER ON EXCLUDABLE TIME**

March 24, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 24, 2005 through May 26, 2005

that being the period between the Interim Status Conference and the next status conference.

Based upon the prior orders of the court dated February 12, 2004, February 23, 2004, March 17, 2004, May 13, 2004, May 27, 2004, July 13, 2004, August 5, 2004, October 5, 2004, November 1, 2004, November 17, 2004, December 17, 2004, December 23, 2004, January 25, 2005 and the order entered herein, as of May 26, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain in which this case must be tried.

                                                 / s / Judith Gail Dein
                                               JUDITH GAIL DEIN

United States Magistrate Judge