

|  |
|---|
| Max D. Stern |
| Jonathan Shapiro |
| Lynn G. Weissberg |
| Patricia Garin |
| Martin E. Levin |
| Kenneth M. Resnik |
| Lillian Hirales |

April 21, 2005

**BY ELECTRONIC FILING**

Maryellen Malloy, Deputy Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

        RE:    United States v. Michael S. Griffin
                  Crim. No. 03-10404-NG

Dear Ms. Malloy:

     Concerning the Government's Objections to the Magistrate-Judge's Memorandum and Order of Decision regarding the lis pendens on the defendant's property and the Defendant's Response, enclosed please find a recent decision of the Appeals Court of Massachusetts in Shrewsbury v. Seaport Partners, Ltd., 2005 WL 851329 (April 15, 2005).  This decision supports the ruling of the Magistrate-Judge.  Would you kindly please bring it to Judge Gertner's attention.

     As you know, the defendant is awaiting the determination of this issue so that he can refinance his home so that he may obtain funds for his legal defense.

                                   Yours truly,

                                   /s/ Max D. Stern
                                   Max D. Stern

MDS/jah
encl.
cc:    Rachel E. Hershfang, A.U.S.A.
        Jennifer Zacks, A.U.S.A.

G:\SSWG\GRIFFIN, M\Clerk.l2.wpd