UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES, | ) |
| v. | ) CRIMINAL NO. 03-10404-NG |
| MICHAEL GRIFFIN, et al. | ) |

**DEFENDANT'S MOTION TO EXTEND THE TIME
AND TO POSTPONE STATUS CONFERENCE AS TO DEFENDANT**

Defendant Michael Griffin respectfully requests that the Court continue the status conference specifically as to him, currently set for Thursday, May 26, 2005, at 2:30 p.m., to Monday, June 20, 2005, at the convenience of the Court. In support of this motion, defendant states as follows:

1. Counsel for defendant Griffin had surgery last week and is at home recuperating during the rest of the week.

2. Due to Counsel's schedule, defendant requests that the status conference be continued to June 20. Defendant also requests that the continuance requested will constitute excludable time for purposes of the Speedy Trial Act.

          Respectfully submitted,


          /s/ *Max D. Stern*
          Max D. Stern
          BBO NO. 479560
          Stern, Shapiro, Weissberg
           & Garin, LLP
          90 Canal Street, Suite 500
          Boston, MA 02114-2022
          (617) 742-5800


Dated: May 25, 2005



G:\SSWG\GRIFFIN, M\extend time mot 4 .wpd