UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES,                 )
                               )
        v.                     )   CRIMINAL NO. 03-10404-NG
                               )
MICHAEL GRIFFIN, et al.        )
_____)
```

**DEFENDANT'S MOTION TO REPLACE BOND
SECURED BY REAL PROPERTY WITH CASH**

Defendant Michael Griffin respectfully requests that the Court allow him to replace the $50,000 mortgage lien placed on his property with $50,000 in cash. In support of this motion, defendant states as follows:

1. On October 28, 2003, defendant agreed to place a $50,000 lien on his home located at 362 Wolcott Street, Newton, Massachusetts, as a surety for his appearance bond.

2. Since November 2004, defendant has been attempting to obtain a mortgage loan in order to cover his counsel fees in this case.

3. Although defendant had been approved for a mortgage loan at that time, the loan was denied because the lis pendens, based the government's forfeiture count, was found in a title search of his home.

4. In December 2004, defendant moved to remove the lis pendens. On May 6, 2005, the district court affirmed the magistrate judge's decision setting aside the lis pendens.

5. Defendant has now been advised by the bank that it needs to have the $50,000 mortgage lien discharged in order to approve the loan.

6. Accordingly, defendant wishes to replace the $50,000 lien with $50,000 in cash so that the mortgage loan can be approved.

7. Allowing defendant to replace the $50,000 mortgage lien with $50,000 in cash will not change the terms of the Order Setting Conditions of Release in any substantive way.

WHEREFORE, the defendant prays that this Court:

(1) Enter an order allowing defendant to replace the $50,000 mortgage lien with $50,000 in cash.

(2) Upon receipt of the cash deposit, issue a discharge of the mortgage lien.

Respectfully submitted,

/s/ *Max D. Stern*
Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No. 652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: August 9, 2005

G:\SSWG\GRIFFIN, M\motion to replace lien.wpd

-3-