UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES,                 )
                               )
        v.                     )   CRIMINAL NO. 03-10404-NG
                               )
MICHAEL GRIFFIN, et al.        )
_____)
```

**DEFNNDANTS' ASSENTED-TO JOINT MOTION TO EXTEND THE TIME AND TO POSTPONE THE DISCOVERY DEADLINE AND THE FINAL STATUS CONFERENCE**

Defendants respectfully request that the Court postpone the deadline to file discovery motions, currently set for Tuesday, August 23, 2005, until September 28, 2005, and postpone the final status conference, currently set for Thursday, September 1, 2005, until October 28, 2005. In support of this motion, defendants state as follows:

1. A large amount of discovery documents was made available to defendants' counsel on Tuesday, August 16, 2005, at the Attorney General's office. On that day, counsel for defendants Michael Griffin and Ron Cavaliere spent at least two hours reviewing these documents; counsel for David Veney and Richard Collado were unable to attend the review due to scheduling conflicts.[1]

---

[1] Primary counsel for defendant Cavaliere, Attorney Shea, was unavailable the week of August 15 and it is possible that he may want to review the documents himself once he returns next week.

2. Counsel for defendant Griffin was unable to complete the review of the documents and believes that, at the conclusion of the review, it is very likely that further discovery requests will be made. Hopefully, these can be resolved with the Government. If not, motions will be required.

3. Due to attorneys' schedules during the next week, the next available time counsel will be able to schedule a joint appointment to review the documents is August 29, 2005. However, counsel will need to coordinate the review with Trooper Tim Babbin and it is unclear at this time whether he will be available on that day.

4. The Government attorney is currently in the midst of preparing for a September 12, 2005 trial, and will be unavailable to resolve any discovery issues with defendants' counsel.

5. Furthermore, primary counsel for defendant Griffin, Attorney Stern, will be on vacation from August 22, 2005 through September 6, 2005 and will be unavailable during this time to discuss discovery issues or to attend the final status conference scheduled for September 1, 2005.[2/]

---

[2/] Primary counsel for defendant Griffin, Mr. Stern, was unable to attend the status conference held on Wednesday, August 10, 2005, and the matter was handled by Attorney Hirales. When the Court proposed September 1 as the date for the final status conference, Ms. Hirales was not aware that Mr. Stern would be on vacation until September 6 and therefore not available to attend the final status conference on September 1.

6.  This request to postpone the discovery deadline and the final status conference is assented to by the Government.

7.  Defendants have proposed October 28 as the date for the final status conference to give the government attorney sufficient time to respond to defendants' discovery requests. Since the government attorney's September 12 trial may last up to three weeks, and the government attorney will be on vacation from October 7 through October 23, the October 28 date should provide all parties with the requisite time to complete discovery in this case.

8.  Defendants file this motion in good faith. Defendants are facing long mandatory minimum sentences and need to be able to obtain and review any and all discovery documents in order to adequately prepare for trial. No party will suffer any prejudice from the allowance of this motion.

9.  The parties agree that the continuance requested will constitute excludable time for purposes of the Speedy Trial Act.

Respectfully submitted,

/s/ *Max D. Stern*  
Max D. Stern  
BBO No. 479560  
Stern, Shapiro, Weissberg  
   & Garin, LLP  
90 Canal Street, Suite 500  
Boston, MA 02114-2022  
(617) 742-5800  

/s/ *Steven A. Sussman*  
Steven A. Sussman  
BBO No. 488800  
Law Offices of Steven A  
   Sussman  
6 Beacon Street, Suite 400  
Boston, MA 02108  
(617) 943-4800

/s/ *James H. Budreau*  
James H. Budreau  
BBO No. 559931  
Law Offices of James Budreau  
20 Park Plaza, Suite 905  
Boston, MA 02112  
(617) 227-2700  

/s/ *Mark W. Shea*  
Mark W. Shea  
BBO No. 558319  
Shea, LaRocque & Wood, LLP  
47 Third Street, Suite 201  
Cambridge, MA 02141  
(617) 577-5722  

Dated: August 19, 2005

G:\SSWG\GRIFFIN, M\extend time mot 5 .wpd