03 Cr 10404 NG

## DISCHARGE OF MORTGAGE

Clerk of the United States District Court for the District of Massachusetts with an address at 1 Courthouse Way, Boston, MA, holder of mortgage

from Michael Griffin and Christina Griffin

to Clerk of the United States District Court for the District of Massachusetts dated November 3, 2003 in the principal amount of $50,000.00

recorded with Middlesex South Registry of Deeds, Book 41485, Page 436.

Acknowledges satisfaction of the same.

Property Address:     362 Wolcott Street, Newton, MA

Witness our hands and seals this 25 day of August, 2005.

*Helen M. Costello, Court Services Manager*

for Clerk of the United States District Court
For the District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

, SS:                                                                                   Dated: AUGUST 25, 2005

\* COURT SERVICES MANAGER
Then personally appeared the above-named Clerk of the United States District Court for the District of Massachusetts and acknowledged the forgoing instrument to be his/her/their free act and deed upon review of MA Driver's License, before me.

\* Helen M. Costello
COURT SERVICES MANAGER

Notary Public:
My commission expires:

LAW OFFICES OF PETER T. DAMORE, JR., P.C.
279 CAMBRIDGE ST.
BURLINGTON, MA 01803



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012