UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN and
and RONALD CAVALIERE

**FURTHER ORDER ON EXCLUDABLE TIME**

August 22, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for September 1, 2005. The defendants, with the assent of the government, have requested a continuance in order to continue their review of discovery. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 1, 2005 - October 28, 2005

that being the time between the Final Status Conference as originally scheduled and the rescheduled Final Status Conference.

**The Final Status Conference has been rescheduled to October 28, 2005 at 10:00 A.M. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In**

**addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge