UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                      )
UNITED STATES,        )
                      )
     v.               )     CRIMINAL NO. 03-10404-NG
                      )
MICHAEL GRIFFIN, et al. )
_____)
```

### DEFENDANTS' ASSENTED-TO JOINT MOTION TO EXTEND THE TIME AND TO POSTPONE THE DISCOVERY DEADLINE AND THE FINAL STATUS CONFERENCE

Defendants respectfully request that the Court postpone the deadline to file discovery motions, currently set for Wednesday, September 28, 2005, until November 10, 2005, and postpone the final status conference, currently set for Friday, October 28, 2005, until November 18, 2005.[1] In support of this motion, defendants state as follows:

1. On August 19, 2005, defendants filed a motion to extend the time and to postpone the discovery deadline and the final status conference to give counsel additional time to complete the review of the discovery documents at the Attorney General's office. At that time, counsel hoped to complete the document review by the end of August 2005.

2. The State Trooper with custodial control of the discovery documents at the Office of the Attorney General was unavailable to schedule a review of the documents by either the end of August or during September due to a scheduled trial and vacation. Moreover, due to the large amount of documents, the Trooper would prefer to schedule a time for all counsel to review the

---

[1] This motion is filed on behalf of defendants Michael Griffin, Richard Collado, and David Veney. As of the time of filing, counsel for defendant Griffin had not heard back from Mark Shea, counsel for defendant Ronald Cavaliere, but does not believe that Attorney Shea would oppose this motion.

documents rather than schedule more than one review. On September 26, 2005, counsel for defendant Michael Griffin was finally able to reach the Trooper and scheduled a time to review the documents on October 12, 2005, the first available date that was mutually convenient to all parties.

3. The Government attorney will be out of the office on vacation from October 7, 2005 to October 24, 2005, and will not have sufficient time to respond to any of defendants' discovery requests filed after the document review has been completed on October 12.

4. Defendants have proposed November 10, 2005 as the deadline for discovery motions to give the government attorney sufficient time to respond to defendants' discovery requests once she returns from vacation.

5. This request to postpone the discovery deadline and the final status conference is assented to by the Government.

6. Defendants file this motion in good faith. Defendants are facing long mandatory minimum sentences and need to be able to obtain and review any and all discovery documents in order to adequately prepare for trial. No party will suffer any prejudice from the allowance of this motion.

7. The parties agree that the continuance requested will constitute excludable time for purposes of the Speedy Trial Act.

Respectfully submitted,

| | |
|---|---|
| /s/ *Max D. Stern* | /s/ *Steven A. Sussman* |
| Max D. Stern | Steven A. Sussman |
| BBO No. 479560 | BBO No. 488800 |
| Stern, Shapiro, Weissberg | Law Offices of Steven A. Sussman |
|   & Garin, LLP | 6 Beacon Street, Suite 400 |
| 90 Canal Street, Suite 500 | Boston, MA 02108 |
| Boston, MA 02114-2022 | (617) 943-4800 |
| (617) 742-5800 | |

/s/ *James H. Budreau*

James H. Budreau
BBO No. 559931
Law Offices of James Budreau
20 Park Plaza, Suite 905
Boston, MA 02112
(617) 227-2700

Dated: September 27, 2005

G:\SSWG\GRIFFIN, M\extend time mot 6 .wpd