UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN
RONALD CAVALIERE
WILLIAM DAVID VENEY and
RICHARD COLLADO

**FINAL STATUS REPORT**

November 18, 2003

DEIN, M.J.

A Final Status Conference was held before this court on Friday, November 18,

2005, pursuant to the provisions of Local Rule 116.5(C).  Based on that conference,

this Court enters the following report, in accordance with Local Rule 116.5(D):

1.    It appears at this time that a trial will be necessary.

2.    Discovery is virtually completed, although the government has agreed to
      produce additional documents.

3.    There are no outstanding or anticipated discovery issues.

4.    The defendant Griffin intends to file a motion to sever.  The defendants
      shall file all dispositive motions by January 9, 2006.

5.    Based upon the prior orders of the court dated February 12, 2004,
      February 23, 2004, March 17, 2004, May 13, 2004, May 27, 2004, July
      13, 2004, August 5, 2004, October 5, 2004, November 1, 2004, November
      17, 2004, December 17, 2004, December 23, 2004, January 25, 2005,
      March 24, 2005 (relating to co-defendants), April 12, 2005, May 26, 2005,
      June 30, 2005, August 10, 2005, August 22, 2005, September 28, 2005,
      and the order entered on this date, as of January 9, 2006 there will be
      zero (0) days of non-excludable time under the Speedy Trial Act and
      seventy (70) days will remain in which this case must be tried.  The filing
      of any motions shall cause additional excludable time for Speedy Trial Act

purposes.

6.    It is estimated that if the case goes to trial, the trial will last approximately twelve (12) days.

7.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge