UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10404-NG

UNITED STATES OF AMERICA

v.

MICHAEL S. GRIFFIN
RONALD CAVALIERE
WILLIAM DAVID VENEY and
RICHARD COLLADO

**FURTHER ORDER ON EXCLUDABLE TIME**

November 18, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

November 18, 2005 through January 9, 2006

that being the period between the Final Status Conference and the date by which

dispositive motions are to be filed.

Based upon the prior orders of the court dated February 12, 2004, February 23,

2004, March 17, 2004, May 13, 2004, May 27, 2004, July 13, 2004, August 5, 2004,

October 5, 2004, November 1, 2004, November 17, 2004, December 17, 2004,

December 23, 2004, January 25, 2005, March 24, 2005 (relating to co-defendants),

April 12, 2005, May 26, 2005, June 30, 2005, August 10, 2005, August 22, 2005,

September 28, 2005, and the order entered herein, as of January 9, 2006 there will be

zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days

will remain in which this case must be tried.

_____ / s / Judith Gail Dein _____

JUDITH GAIL DEIN
United States Magistrate Judge