UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) | |
| v. | ) ) | CRIM. NO. 03-10404-NG |
| MICHAEL S. GRIFFIN, RONALD CAVALIERE, WILLIAM DAVID VENEY, and RICHARD COLLADO. | ) ) ) ) ) ) | |

**MOTION OF DEFENDANT MICHAEL S. GRIFFIN
TO DISMISS ON GROUNDS OF DUPLICITY**

Defendant Michael S. Griffin moves to dismiss the Superseding Indictment. In support, he says that the indictment is unlawfully duplicitous and in violation of F.R.Crim.P. 8(a).

Respectfully submitted,

*/s/Max D. Stern*
Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No.  652698
Stern, Shapiro, Weissberg
  & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022

Dated:  December 19, 2005.

G:\SSWG\GRIFFIN, M\Motion to dismiss - duplicity.wpd