UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CRIM. NO. 03-10404-NG |
| | ) | |
| MICHAEL S. GRIFFIN, | ) | |
| RONALD CAVALIERE, | ) | |
| WILLIAM DAVID VENEY, | ) | |
| and RICHARD COLLADO. | ) | |
| | ) | |

**MOTION OF DEFENDANT MICHAEL S. GRIFFIN
FOR SEVERANCE OF DEFENDANTS**

Defendant Michael S. Griffin moves to sever his case from that of the co-defendants. In support, he says that the defendants have been improperly joined under F.R.Crim.P. 8(b). Alternatively, he says that the Court should grant a severance pursuant to F.R.Crim.P. 14(a) to protect the defendant from prejudice.

Respectfully submitted,

*/s/ Max D. Stern*
Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No.  652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022

Dated:  December 19, 2005.

G:\SSWG\GRIFFIN, M\motion to sever.wpd