

Operation Boston Blizzard – 2000

- Jan 16, 2000: Fister & Griffin, 43 Kilos Mirabal
- Feb 12, 2000: Fister & Griffin, 53 Kilos Mirabal
- Mar 17, 2000: Fister & Griffin, 40 Kilos Mirabal
- Apr 14, 2000: Fister & Veney, 81 Kilos Mirabal
- May 20, 2000: Fister & Griffin, 50 Kilos Mirabal
- Jun 20, 2000: Fister & Griffin, 50 Kilos Mirabal
- Jul 15, 2000: Fister & Veney, 80 Kilos Mirabal
- Sep 4, 2000: Fister & Collado, 1 Kilo to Chicago
- Sep 16, 2000: Fister & ~~Veney~~ Griffin, 81 Kilos Mirabal
- Sep 30, 2000: Fister & Griffin, 40 Kilos Mirabal
- Nov 18, 2000: Fister & Veney, 150 Kilos Mirabal





Operation Boston Blizzard – 2001

# Operation Boston Blizzard - 2002

Feb 15, 2002
Fister & Collado
54 Kilos
Review
Mar 12, 2002
Fister & Griffin
92 Kilos
Alvarez
Apr 17, 2002
Fister & Collado
54 Kilos
to Mirabal
(Boston)
Apr 17, 2002
Fister & Cavaliere
300 Pounds Marijuana
Delivery
Jan 2002
Feb 2002
Mar 2002
Apr 2002
May 2002
Feb 16, 2002
Mirabal
44 Kilos
Delivered
Apr 13, 2002
Fister & Veney
100 Kilos
Alvarez
May 2, 2002
Fister
Arrested

[redacted]