UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 03-10404-NG |
| | ) | |
| v. | ) | |
| | ) | |
| 1. MICHAEL GRIFFIN, | ) | |
| 2. RONALD CAVALIERE, | ) | |
| 3. WILLIAM DAVID VENEY, | ) | |
| 4. RICHARD COLLADO, | ) | |
| Defendants | ) | |

### MOTION TO EXCLUDE TIME

The United States, by and through counsel, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang, Assistant United States Attorney, respectfully requests that the Court exclude all time until the scheduled date of the trial (December 4, 2006) from Speedy Trial Act consideration. In support of this motion, the government states as follows:

1. The trial date was set to accommodate the schedules of both the Court and of defense counsel;

2. All defendants are on release pending trial; and

3. The defendants, through counsel, asked for a lengthy continuance until trial.

The government submits that exclusion of the time until the scheduled trial date is thus in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Rachel E. Hershfang

RACHEL E. HERSHFANG
Assistant U.S. Attorney