UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
|  | ) | |
| v. | ) | CRIM. NO. 03-10404-NG |
|  | ) | |
| MICHAEL S. GRIFFIN, | ) | |
| RONALD CAVALIERE, | ) | |
| WILLIAM DAVID VENEY, | ) | |
| and RICHARD COLLADO. | ) | |
|  | ) | |

**DEFENDANT MICHEAL S. GRIFFIN'S**
**MOTION TO SUPPRESS EVIDENCE**

Defendant Michael S. Griffin moves to suppress the following evidence:

1. All post-arrest statements made by him when arrested on October 28, 2003;

2. All evidence seized at the time of his arrest, including $20,000 in cash and approximately 10 pills.

In support, defendant says that the statements and evidence were seized and obtained in violation of his rights under the Fourth and Fifth Amendments and the requirements of Miranda v. Arizona, 384 U.S. 436 (1966), as set forth more particularly in his Affidavit and Memorandum in support of this motion.

        Respectfully submitted,

/s/ *Max D. Stern*

Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No. 652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022

Dated:   January 17, 2006.

G:\SSWG\GRIFFIN, M\supress motion.wpd