<pre>
</pre>

<pre>U.S. Department of Justice
Drug Enforcement Administration</pre>

<pre>Case 1:03-cr-10404-NG    Document 107-2    Filed 01/17/2006    Page 1 of 4</pre>

# REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code<br>HID-100 | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFO T.B. Kennedy II<br>At: WDO, Group 33 | ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>11-04-2003 | |

9. Other Officers: TFO Tim Babbin (MSP), TFO Mike Smith (MSP), TFO Jake Vitale (MSP), S/A Mike Boyle

10. Report Re: Arrest of Michael GRIFFIN and Acquisition/Seizure of Exhibits N-110 through N-117.

## SYNOPSIS

On 10-28-2003 at approximately 1115 hours, Michael GRIFFIN was arrested without incident at his residence at 362 Wolcott Street in Newton, Massachusetts on an outstanding warrant from the Eastern District of Virginia.

## DETAILS

1. On 10-23-2003, GRIFFIN was indicted in the Eastern District of Virginia on one count of Conspiracy to Distribute Cocaine and one forfeiture count in the amount of $595,000.00.

2. On 10-28-2003 GRIFFIN was arrested at his residence without incident. Subsequent to his arrest he was advised of his legal rights on a Massachusetts State Police Rights Waiver card by TFO Kennedy. Present during the advisement were Christina Griffin, TFO Babbin and TFO Smith. GRIFFIN stated that he understood his rights and waived them.

3. GRIFFIN's wife Christina Griffin was very emotional at the scene and TFO Babbin asked her to step into the foyer of the home while the interview could be conducted. She complied.

| 11. Distribution:<br>Division WDO-DIG<br>District<br>Other HQS-SARI | 12. Signature (Agent)<br>TFO Thomas B. Kennedy II | 13. Date<br>12-08-2003 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Kimberly A. Loveless<br>Group Supervisor | 15. Date<br>10/8/03 |

DEA Form - 6
(Jul. 1996)
TBKII
4 - Extra

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

| REPORT OF INVESTIGATION (Continuation) | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 2 of 4 | | |
| 5. Program Code HID-100 | 6. Date Prepared 11-04-2003 | |

4. TFO Kennedy and TFO Smith continued with the interview. GRIFFIN initially was reluctant to speak in front of his wife but after she left the dining room area he began to speak. GRIFFIN was asked if he had ever done any drug transports for Frank FISTER and he stated that he had. GRIIFIN claimed that he had only done that about six times and that he had been paid about $8,000 to $10,000 per trip.

5. GRIFFIN further stated that the drugs were usually kept in duffle bags that had locks on them. GRIFFIN was informed that the federal investigation showed that he had made at least twelve trips for FISTER and that the records showed that he had been paid approximately $560,000 for those trips. GRIFFIN stated that if that's what the record showed he guessed that was probably correct.

6. GRIFFIN was asked if there were funds left from those trips. GRIFFIN stated that there was $15,000 in a safe in his basement. GRIFFIN then led TFO Smith and Kennedy to the basement, provided the combination to the safe and showed them how to open it. Once the safe was opened GRIFFIN pointed out that there was a manila envelope on the top shelf that contained the cash. This currency has been designated Exhibit N-116.

7. GRIFFIN was then taken back upstairs to the living room where a more detailed search of his person was done. That search revealed numerous checks made out to him and his business as well as $5,000 in United States Currency. This currency has been designated Exhibit N-117. The search also revealed numerous tablets. The tablets were seized by TFO Smith. GRIFFIN stated that they were Oxycontin and that he used them for back pain. GRIFFIN was asked by TFO Smith if he had a prescription for them and he stated no. The tablets were maintained by TFO Smith and turned into Massachusetts State Police for analysis. The tablets were designated Drug Exhibits 45 and 46 and information only DEA 7 was completed.

8. GRIFFIN stated that he was the owner and operator of D-Two Piano Moving Company. GRIFFIN stated that he had used none of the drug

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

4 - Extra

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

1. File No. [redacted]
2. G-DEP Identifier [redacted]
3. File Title [redacted]

4. Page 3 of 4
5. Program Code: HID-100
6. Date Prepared: 11-04-2003

    proceed that he had obtained from FISTER to purchase any vehicles either belonging to the company or to himself or his wife.

9. GRIFFIN was advised of the forfeiture count in the indictment and agreed to turn over all of his vehicles to the government pending forfeiture proceedings. GRIFFIN at the time expressed an interest in trying to get the vehicles released pending forfeiture to continue his company's business.

10. The following vehicles were either seized at the residence of GRIFFIN or delivered to the government by GRIFFIN's employees.

    Exhibit N-110 is described as a 2000 Chevrolet Suburban, Vin# 3GNFK16T6YG160460

    Exhibit N-111 is described as a 1998 BMW 528i, Vin# WBADD6326WGT91710

    Exhibit N-112 is described as a 2001 Sterling Truck, STE, Vin# 2FZAAHCTX1AJ17082

    Exhibit N-113 is described as a 2002 Ford Truck, E450, Vin# 1FDXE45S62HB23464

    Exhibit N-114 is described as a 1970 Triumph Motorcycle, Trident, Vin#AE00422T1S0V

    Exhibit N-115 is described as a 1997 Harley Davidson Motorcycle, Vin#NH0010485

## CUSTODY OF EVIDENCE

Exhibit 45, described as a five white pills suspected to be Oxycontin and Exhibit 46 described as five pills, possibly Percocets in a plastic pill bottle were seized by TFO SMITH and turned into the Massachusetts State Police Evidence room for later submission to their forensic laboratory.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

4 - Extra

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▉ | 2. G-DEP Identifier ▉ |
|---|---|---|
| 4. Page 4 of 4 | 3. File Title: ▉ | |
| 5. Program Code  HID-100 | 6. Date Prepared  11-04-2003 | |

Exhibits N-116 and N-117 seized by TFO Kennedy on 10-28-2003 were transported by TFO Kennedy and TFO Babbin to the Massachusetts State Police Office at the Attorney General's Office located in Boston, Massachusetts. The exhibits were placed in a sealed envelope then placed into the office safe for safekeeping. On 10-29-2003 TFO Babbin retrieved the exhibits and had them converted into two separate cashiers checks made out to the United States Marshals Service. TFO Babbin transferred the checks to TFO Kennedy who maintained custody of them until they were turned over to the WDO Asset Forfeiture Group.

Exhibits N-110 through N-115 were seized by TFO Kennedy and initially stored at the Massachusetts State Police Barracks located in Weston, Massachusetts. Exhibits N-110, N-111, N-114 and N-115 were later transported to the DEA New England Division secure facility located in Chelsea, Massachusetts. Exhibits N-112 and N-113, due to their size, had to be housed at an outside public works facility in Worcester, Massachusetts. All of the vehicles are pending transfer to the United States Marshal.

**INDEXING**

1. GRIFFIN, Michael-Naddis# 

2. FISTER, Frank-Naddis# ▉

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

4 - Extra

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.