UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>MICHAEL S. GRIFFIN, )<br>RONALD CAVALIERE, )<br>WILLIAM DAVID VENEY, )<br>and RICHARD COLLADO. )<br>) | CRIM. NO. 03-10404-NG |

**AFFIDAVIT OF MICHAEL S. GRIFFIN**
**IN SUPPORT OF HIS MOTION TO SUPPRESS EVIDENCE**

I, Michael S. Griffin, hereby state, under the penalties of perjury, as follows:

1. I am the defendant in the above-entitled case.

2. I am the owner and operator of the D2 Piano Movers. Prior to this case, I had never before been arrested or prosecuted for any criminal offense.

3. On October 28, 2003, at approximately 10:30 a.m., Detective Thomas Kennedy of the Alexandria Police Department and troopers from the Massachusetts State Police arrived at my residence to execute a warrant for my arrest.

4. I was upstairs at the time. The door was answered by my son and I was called down. I was informed by Detective Kennedy that I was under arrest and that my home, car, and trucks were being seized. My wife and son were both present. I was handcuffed, with my hands behind my back. One of the officers then searched my pockets and found some change, checks, keys, and cash; they also removed my belt and shoelaces.

5. I was then taken over to the dining room where the officers sat me down on a chair. I was read my <u>Miranda</u> rights, but Detective Kennedy added, "if you cooperate, you get from us what we get from you." I then agreed to answer questions and I admitted that I had made trips for Frank Fister.

6. Kennedy asked me, among other things, if I had any money in the house and I said, "yes." Detective Kennedy asked, "where is it?" I answered that it was in a safe in the basement. Detective Kennedy then picked me up from my chair and forcefully led me down to the basement. Once there, Detective Kennedy asked me to show him where the safe was. I was then told by Detective Kennedy to give him the combination to the safe, which I did. Detective Kennedy opened and searched the safe, and seized $15,000 in cash.

7. I was then taken upstairs into the living room where Detective Kennedy asked me, "where is your driver's license?" I told him that my driver's license was in my wallet, which was in my briefcase, in one of my trucks. An officer went outside, and returned with the briefcase. Once inside the home, Detective Kennedy and the other officer searched the briefcase. Inside they found $5,000 in cash and some pills, which Detective Kennedy seized.

Signed under the penalties of perjury, this date.

Michael S. Griffin

Dated: January 17, 2006.

G:\SSWG\GRIFFIN, M\suppress affidavit.wpd