UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Criminal No. 03-10404-NG |
| | ) |
| **MICHAEL GRIFFIN** | ) |
| et al. | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to FCI Seagoville, Texas, for the purpose of securing **RUBEN LAWRENCE MIRABAL** to testify in the trial before United States District Court Judge Nancy Gertner in the above-captioned case on December 4, 2006 at 9 a.m., and thereafter. In support of this petition, the government states that:

1. That **RUBEN LAWRENCE MIRABAL no. 31689-013**, is presently confined at FCI Seagoville, and will be so confined on December 4, 2006.

2. That **RUBEN LAWRENCE MIRABAL** has been called to be a witness in the trial in the above-captioned case.

3. That **RUBEN LAWRENCE MIRABAL** is due to appear before United States District Court Judge for this purpose on December 4, 2006 at 9:00 a.m. and thereafter.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at FCI Seagoville, and to any other person having custody and control of **RUBEN LAWRENCE MIRABAL** commanding them to produce **RUBEN LAWRENCE**

**MIRABAL** before United States District Court Judge Nancy Gertner at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on December 4, 2006 at 9 a.m.

                                          Respectfully submitted,

                                          Michael J. Sullivan
                                          United States Attorney

                          By:

                                          <u>/s/ Rachel E. Hershfang</u>
                                          Rachel E. Hershfang
                                          Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES DISTRICT JUDGE

Dated: