UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES,                  )
                                )
          v.                    )          CRIMINAL NO. 03-10404-NG
                                )
MICHAEL GRIFFIN, et al.         )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel in this case for the defendant Michael Griffin.

        Respectfully submitted,

        /s/ Kenneth M. Resnik
        Kenneth M. Resnik
        BBO No. 637527
        Stern, Shapiro, Weissberg
        & Garin, LLP
        90 Canal Street, Suite 500
        Boston, MA 02114-2022
        (617) 742-5800

Dated: October 3, 2006

### Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 3, 2006.

        /s/ Kenneth M. Resnik