## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### HABEAS CORPUS AD TESTIFICANDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or

any of his deputies and to

### WARDEN
### FORT DIX, FCI
### FEDERAL CORRECTIONAL INSTITUTION
### 5756 HARTFORD & POINTVILE RD
### FORT DIX, NJ 08640

**YOU ARE COMMANDED** to have the body of **FRANK FISTER,** now in your custody,

before the United States District Court for the District of Massachusetts, United States

Courthouse, 1 Courthouse Way, Boston, Massachusetts on December 4, 2006 at 9 a.m. for the

purpose of testifying in United States v. Michael Griffin et al., no 03-10404-NG.

And you are to retain the body of said **FRANK FISTER** while before said Court upon

said day and upon such further days thereafter as his attendance before said Court shall be

necessary, and as soon as may be thereafter to return said prisoner to the institution from which

he was taken, under safe and secure conduct, to be there imprisoned as if he had not been

brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your

doings herein.

Dated at Boston in said District this / *O* day of *October*, 2006.

_____
United States District Judge

SARAH A. THORNTON
By: _____
Deputy Clerk

Requested by AUSA Rachel E. Hershfang