## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

### HABEAS CORPUS AD TESTIFICANDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or

any of his deputies and to

**WARDEN**
**FCI SEAGOVILLE**
**P.O. BOX 9000**
**SEAGOVILLE, TX 75159**

**YOU ARE COMMANDED** to have the body of **RUBEN LAWRENCE MIRABAL,** now

in your custody, before the United States District Court for the District of Massachusetts, United

States Courthouse, 1 Courthouse Way, Boston, Massachusetts on December 4, 2006 at 9 a.m.

for the purpose of testifying in United States v. Michael Griffin et al., no 03-10404-NG.

And you are to retain the body of said **RUBEN LAWRENCE MIRABAL** while before

said Court upon said day and upon such further days thereafter as his attendance before said

Court shall be necessary, and as soon as may be thereafter to return said prisoner to the

institution from which he was taken, under safe and secure conduct, to be there imprisoned as

if he had not been brought therefrom for the purpose aforesaid. And have you then and there

this WRIT with your doings herein.

Dated at Boston in said District this 10 day of _October_, 2006.

_____
United States District Judge

SARAH A. THORNTON
By: _____
Deputy Clerk

Requested by AUSA Rachel E. Hershfang