UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## HABEAS CORPUS AD TESTIFICANDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies and to

WARDEN

FCI BEAUMONT MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
5830 KNAUTH ROAD
BEAUMONT, TX 77705

YOU ARE COMMANDED to have the body of **RODNEY JAMES MIRABAL**, now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on December 4, 2006 at 9 a.m. for the purpose of testifying in United States v. Michael Griffin et al., no 03-10404-NG.

And you are to retain the body of said **RODNEY JAMES MIRABAL** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this ___ day of Oct ___, 2006.

_____
United States District Judge

SARAH A. THORNTON
By: _____
Deputy Clerk

Requested by AUSA Rachel E. Hershfang