AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF           MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              **APPEARANCE**

MICHAEL GRIFFIN, et al.

Case Number:    03-CR-10404 NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     the United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 30, 2006 | /s/ Nathaniel R. Mendell |
| Date | Signature |
| | Nathaniel R. Mendell            645283 |
| | Print Name                          Bar Number |
| | 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston            MA     02210 |
| | City                State       Zip Code |
| | (617) 748-3304      (617) 748-3965 |
| | Phone Number                    Fax Number |