UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES,                )
                              )
        v.                    )   CRIMINAL NO. 03-10404-NG
                              )
MICHAEL GRIFFIN, et al.       )
_____)

**MOTION FOR A PROTECTIVE ORDER REGARDING**
**ALIBI DEFENSE INFORMATION**

Defendant Michael Griffin hereby moves for a Protective Order Regarding Alibi Defense Information. Defendant moves for an order which would relieve him of disclosing to the Government (1) the names and address of any witnesses he intends on calling to establish an alibi defense; and (2) certain documents defendant intends to introduce in order to bolster his alibi defense. In support thereof, defendant files herewith Defendant's Memorandum of Law in Support of Motion for a Protective Order Regarding Alibi Defense.

Respectfully submitted,

 /s/ Max D. Stern
Max D. Stern
BBO No. 479560
Kenneth M. Resnik
BBO No. 637527
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: January 16, 2007

<u>Certificate of Service</u>

      I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 16, 2007.

                                                        <u>/s/ Kenneth M. Resnik</u>