UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES,          )
                                    )
          v.                        )          CRIMINAL NO. 03-10404-NG
                                    )
MICHAEL GRIFFIN, et al.  )
_____)

**AFFIDAVIT OF KENNETH M. RESNIK**

    1. My name is Kenneth M. Resnik. I am counsel to the defendant in the above-captioned matter.

    2. On January 2, 2007, I spoke to Assistant United States Attorney Rachel Hershfang regarding this matter.

    3. I informed Ms. Hershfang that Mr. Griffin had information which we believed would show that he could not have made certain of the trips we understood the Government to be ascribing to him. I told Ms. Hershfang that in the absence of an alibi demand by the Government, we would not produce that information.

    4. During this conversation, Ms. Hershfang informed me that she was aware from her review of evidence produced by the Government that certain of the trips which Government witnesses had stated Griffin had made might have been made by Griffin's co-defendant, David Veney.

    Signed under the pains and penalties of perjury this 16th day of January, 2007.

                                                                           /s/Kenneth M. Resnik