UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES,                )
                              )
            v.                )        CRIMINAL NO. 03-10404-NG
                              )
MICHAEL GRIFFIN, et al.       )
_____)

**WITHDRAWAL OF APPEARANCE**

    Please withdraw my appearance as counsel in this case for the defendant Michael Griffin, who will continue to be represented by Max D. Stern and Kenneth M. Resnik of Stern, Shapiro, Weissberg & Garin..

                                      Respectfully submitted,

                                      /s/Lillian Hirales
                                      Lillian Hirales
                                      BBO No. 652698

Dated: January 18, 2007

<u>Certificate of Service</u>

    I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 18, 2007.

                                      /s/ Kenneth M. Resnik