

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

January 19, 2007

**BY FACSIMILE AND REGULAR MAIL**

Max Stern, Esq.
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street
Boston, MA 02114-2022

James H. Budreau, Esq.
Oteri Weinberg & Lawson, PA
20 Park Plaza
Boston, MA 02116

Steven A. Sussman, Esq.
6 Beacon St., Suite 400
Boston, MA 02108

       Re:   United States v. Michael Griffin, et al.
              No. 03-10404-NG

Dear Counsel:

      The government hereby restates its demand for written notice of any defendant's intention to offer a defense of alibi, pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure. The dates and places at which the alleged offenses were committed are set forth in the superseding indictment in this case, a copy of which you have received.

      The government expects to introduce evidence that the defendants were involved in the transportation and distribution of narcotics on or around the dates listed below. The name of the defendant to which each date range corresponds is listed immediately thereafter. Unless otherwise noted, the dates correspond to narcotics transportation and distribution between Texas and Boston.

      The government intends to introduce evidence from dates not listed below. Furthermore, the government is still analyzing evidence, including credit card and telephone records, and awaiting responses to subpoenas.[1] The results of this ongoing evidence collection and analysis will guide the government's case; thus, the government may not introduce evidence from all dates listed below.

---

      [1]The government will furnish counsel with discoverable materials obtained as a result of these analyses and subpoenas.

Counsel of Record
January 19, 2007
Page 2

The government expects to create summary charts and chalks that focus on particular dates. These charts and chalks will be furnished to counsel upon completion.

**2000**

February 10-14: Griffin; March 3-7: Griffin; March 24-28: Griffin; September 1-5 (Chicago): Collado; and November 17-21: Veney.

**2001**

January 18-22: Veney; February 9-12 (Chicago): Collado; March 9-14: Veney; May 18-23: Griffin; July 2-6 (Chicago): Collado; August 15-22: Griffin; December 1-8: Griffin; and December 13-17 (Chicago): Collado.

**2002**

February 14-18: Veney; February 15-17 (Boston): Collado; March 1-4: Griffin; April 12-15: Veney; and April 17 (Boston): Collado.

This list is for purposes of the government's request pursuant to Rule 12.1 and not for any other purpose. Please contact me should you have any questions.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Nathaniel R. Mendell
NATHANIEL R. MENDELL
Assistant U.S. Attorney

cc:   Maryellen Molloy, Clerk to the Honorable Nancy Gertner
      AUSA Rachel E. Hershfang