```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
                                )
     v.                         )
                                )   No. 03-10404-NG
1. MICHAEL GRIFFIN,             )
2. RONALD CAVALIERE,            )
3. WILLIAM DAVID VENEY, and     )
4. RICHARD COLLADO,             )
                                )
          Defendants.           )
```

## GOVERNMENT'S WITNESS LIST

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang and Nathaniel R. Mendell, Assistant U.S. Attorneys, and submits its witness list for the trial of this action. The government reserves its right to supplement or modify the list in light of the evidence that is admitted at the trial and with reasonable notice to the defendants.

1. Special Agent Michael Boyle
   Drug Enforcement Administration
   Worcester, MA

2. Detective Thomas B. Kennedy
   Alexandria Police Department
   Alexandria, VA

3. Special Agent Julie Whisenhunt
   Drug Enforcement Administration
   22 Enterprise Parkway Ste 340
   Hampton, VA 23666

1

4.  Intelligence Analyst Leslie Chasse
    Drug Enforcement Administration
    15 New Sudbury Street, Room E-400
    Boston, MA  02203

5.  Mary Tiedemann, CPA
    Tiedemann & Company
    1061 Washington Street
    West Newton, MA  02465

6.  Earl Ferguson, CPA
    Ferguson & Ferguson
    552 Main Street
    Waltham, MA  02452

7.  Thomas Sorrells
    21611 Morning Dove Ct
    Kildeer, IL  60047

8.  Shari Sorrells
    21611 Morning Dove Ct
    Kildeer, IL  60047

9.  Chemist Elizabeth Patierno (now Pascual)
    Quantico Laboratory
    Quantico, VA

10. Special Agent Christopher Gojcz
    Bureau of Alcohol, Tobacco, Firearms and Explosives

11. Intelligence Analyst Paul LaPointe
    Drug Enforcement Administration
    15 New Sudbury Street, Room E-400
    Boston, MA  02203

12. Trooper Timothy G. Babbin
    Massachusetts State Police
    One Ashburton Place
    Boston, MA  02108

13. Trooper Mike Smith
    Massachusetts State Police
    One Ashburton Place
    Boston, MA  02108

14. Cooperating Witness #1
    c/o Edward J. Lee, Esq.
    65 Franklin Street

      Boston, MA 02110

15. Cooperating Witness #2
    c/o Joseph McCarthy, Esq.
    510 King Street
    Alexandria, VA 22314

16. Cooperating Witness #3
    c/o Denise Jakabcin Tassi
    221 S Fayette St
    Alexandria, VA 22314

17. Special Agent Steve Balog
    Drug Enforcement Administration
    Alexandria, Virginia

18. Robert Jackson
    Drug Enforcement Administration
    Alexandria, Virginia

19. John Mitchell
    Bobson Realty Trust
    4 Copley Place
    Suite 110
    Boston MA

20. Special Agent Don Garrett
    Drug Enforcement Administration
    Alexandria, Virginia

21. Special Agent Eric Ebrus
    Drug Enforcement Administration
    Alexandria, Virginia

22. Sergeant Kevin Kiley
    Massachusetts State Police
    One Ashburton Place
    Boston, MA  02108

                             Respectfully submitted,
                             MICHAEL J. SULLIVAN
                             United States Attorney

                     By:  /s/ Rachel E. Hershfang
                         Rachel E. Hershfang
                         Nathaniel R. Mendell
                         Assistant U.S. Attorneys

Dated: January 22, 2007

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                      /s/ Rachel E. Hershfang
                                      Rachel E. Hershfang