UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) |  |
| v. | ) ) | CRIM. NO. 03-10404-NG |
| MICHAEL S. GRIFFIN, RONALD CAVALIERE, WILLIAM DAVID VENEY, and RICHARD COLLADO. | ) ) ) ) ) |  |

### DEFENDANT MICHAEL S. GRIFFIN'S SECOND MOTION TO SEVER

Defendant Michael S. Griffin hereby moves this Court to sever his trial from that of co-defendants, based on a newly emerging antagonistic defenses. As grounds therefore, defendant refers to and incorporates by reference his Memorandum in Support of Defendant Michael S. Griffin's Second Motion to Sever, filed herewith.

Respectfully submitted,
*/s/ Kenneth M. Resnik*
Max D. Stern
BBO No. 479560
Kenneth M. Resnik
BBO No. 637527
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022

Dated:   January 22, 2007

Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 22, 2007.

/s/ Kenneth M. Resnik