UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

                                    )
UNITED STATES,          )
                                    )
        v.                   )         CRIMINAL NO. 03-10404-NG
                                    )
MICHAEL GRIFFIN, et al.   )
_____)

## WITNESS LIST

The defense may call the following witnesses:

Brian Fleming
763 Main Street
Waltham, MA 02451
DOB: 6/28/1980

Christina Griffin
362 Walcott Street
Auburndale, MA 02466
DOB: 12/5/1961

Andrew Brooks
25 Kenyon Street
Newton, MA 02465
DOB: 11/1971

In addition, defendant reserves the right to call any witness listed on the Government's witness list.

                        Respectfully submitted,
                        */s/ Kenneth M. Resnik*
                        Max D. Stern
                        BBO No. 479560
                        Kenneth M. Resnik
                        BBO No. 637527
                        Stern, Shapiro, Weissberg
                         & Garin, LLP
                        90 Canal Street, Suite 500
                        Boston, MA 02114-2022

Dated:   January 29, 2007

<u>Certificate of Service</u>

  I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 29, 2007.

                <u>/s/ Kenneth M. Resnik </u>