UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES,                )
                              )
        v.                    )     CRIMINAL NO. 03-10404-NG
                              )
MICHAEL GRIFFIN, et al.       )
_____)

## EXHIBIT LIST

Defendant Michael Griffin hereby submits his exhibit list for trial. Defendant reserves the right to supplement or modify this list in light of the evidence adduced at trial with reasonable notice to the government.

201. Master Loan Application - December 2001

202. Gift Affidavit (Thomas Sorrells)

203. Master Loan Application - December 2001

204. Motor Vehicle Installment Contract - April 2000

205. Minuteman Trucks Invoice - 2002

206. Minuteman Trucks Delivery Receipt - July 2002

207. Photograph - 15 foot truck

208. Photograph - 15 foot truck interior

209. Photograph album - seized from Rodney Mirabal

210. Invoice - JD Daddario

211. Invoice - Mill Store # 46

212. Invoice - Home Depot Store 2669

213. Invoice - Vermont Casting Factory Store

214. Sales Ticket - Tile Showroom

215. Invoice - Kevin Ackerly

216. Invoice - Linen Source

217. Quote - Home Depot Store 2674

218. Customer Agreement - Home Depot Store 2674

219. D-2 Piano Movers Invoice - January 2000

220. D-2 Piano Movers Invoice - May 2000

221. D-2 Piano Movers Invoice - May 2000

222. D-2 Piano Movers Invoice - May 2000

223. D-2 Piano Movers Invoice - June 2000

224. D-2 Piano Movers Invoice - September 2000

225. D-2 Piano Movers Invoice - September 2000

226. D-2 Piano Movers Invoice - September 2000

227. D-2 Piano Movers Invoice - September 2000

228. D-2 Piano Movers Invoice - October 2000

229. D-2 Piano Movers Invoice - October 2000

230. D-2 Piano Movers Invoice - October 2000

231. D-2 Piano Movers Invoice - January 2001

232. D-2 Piano Movers Invoice - January 2001

233. D-2 Piano Movers Invoice - January 2001

234. D-2 Piano Movers Invoice - January 2001

235. D-2 Piano Movers Invoice - January 2001

236. D-2 Piano Movers Invoice - March 2001

237. D-2 Piano Movers Invoice - March 2001

238. D-2 Piano Movers Invoice - March 2001

239. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

240. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

250. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

251. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

252. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

253. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

254. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

255. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

256. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

257. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

258. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

259. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

260. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

261. Photograph - Material seized at Hollis, ME

262. Photograph - Material seized at Hollis, ME

263. Photograph - Material seized at Hollis, ME

264. Photograph - Material seized at Hollis, ME

265. Photograph - Material seized at Hollis, ME

266. Photograph - Material seized at Hollis, ME

267. Photograph - Material seized at Hollis, ME

268. Photograph - Material seized at Hollis, ME

269. Photograph - Material seized at Hollis, ME

270. Photograph - Material seized at Hollis, ME

271. Photograph - Material seized at Hollis, ME

272. Photograph - Material seized at Hollis, ME

273. Photograph - Material seized at Hollis, ME

274. Photograph - Material seized at Hollis, ME

275. Photograph - Material seized at Hollis, ME

276. Photograph - Material seized at Hollis, ME

277. Photograph - Material seized at Hollis, ME

Respectfully submitted,

*/s/ Kenneth M. Resnik*
Max D. Stern
BBO No. 479560
Kenneth M. Resnik
BBO No. 637527
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022

Dated: February 4, 2007

## Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 4, 2007.

/s/ Kenneth M. Resnik