UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                        )
UNITED STATES,          )
                        )
        v.              )        CRIMINAL NO. 03-10404-NG
                        )
MICHAEL GRIFFIN, et al. )
_____)
```

### DEFENDANT MICHAEL GRIFFIN'S MOTION IN LIMINE FOR AN ORDER DIRECTING THE GOVERNMENT NOT TO ARGUE THAT A DEFENSE SHARED BY THE THREE DEFENDANTS IS UNBELIEVABLE

Defendant Michael Griffin moves the Court to direct the government to make no arguments that a defense may be shared by all three defendants and is thus unbelievable. Specifically, defendant seeks to prevent any statement by the government that because all three defendants may claim that they did not know they were transporting contraband, that defense is not believable.

**Factual Background**

As briefly as possible, the government alleges that all three defendants transported cocaine and marijuana obtained by Frank Fister from Rodney and Ruben Mirabal. The government does not claim, so far as defense counsel is aware, that the three defendants acted in concert at any time. Each of other two defendants may claim, as Griffin does, that he was unaware during any trip he took that he was transporting contraband.

**Argument**

The government should be directed not to make any argument that because all three defendants contend that they did not know they were transporting drugs, that defense is unbelievable. For the government to make such an argument would be prejudicial to defendant and deprive him of the right to a fair trial. It would also permit the government to exploit the

joinder of these defendants in such a way as to create prejudice. In a trial where defendants have been joined, each defendant must be accorded "distinct, individualized treatment" and the evidence must be considered against each defendant separately. United States v. Dworken, 855 F.2d 12, 29 (1st Cir. 1988). See also United States v. Tashjian, 660 F.2d 829, 834 (each joined defendant must be judged individually). If the government argues that the fact that each defendant presents a defense common to all three means that such a defense is unbelievable, defendant will be deprived of such distinct, individualized treatment.

                                                 Respectfully submitted,

                                                 */s/ Kenneth M. Resnik*
                                                 Max D. Stern
                                                 BBO No. 479560
                                                 Kenneth M. Resnik
                                                 BBO No. 637527
                                                 Stern, Shapiro, Weissberg
                                                   & Garin, LLP
                                                 90 Canal Street, Suite 500
                                                 Boston, MA 02114-2022

Dated: February 4, 2007

Certificate of Service

     I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 4, 2007.

                                                 /s/ Kenneth M. Resnik