UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES,                      )
                                    )
            v.                      )     CRIMINAL NO. 03-10404-NG
                                    )
MICHAEL GRIFFIN, et al.             )
_____)

**REVISED EXHIBIT LIST**

    Defendant Michael Griffin hereby submits his exhibit list for trial.  Defendant reserves the right to supplement or modify this list in light of the evidence adduced at trial with reasonable notice to the government.

    201.  Master Loan Application - December 2001

    202.  Gift Affidavit (Thomas Sorrells)

    203.  Master Loan Application - December 2001

    204.  Motor Vehicle Installment Contract - April 2000

    205.  Minuteman Trucks Invoice - 2002

    206.  Minuteman Trucks Delivery Receipt - July 2002

    207.  Photograph - 15 foot truck

    208.  Photograph - 15 foot truck interior

    209.  Photograph album - seized from Rodney Mirabal

    210.  Invoice - JD Daddario

    211.  Invoice - Mill Store # 46

    212.  Invoice - Home Depot Store 2669

    213.  Invoice  - Vermont Casting Factory Store

    214.  Sales Ticket - Tile Showroom

    215.  Invoice - Kevin Ackerly

216. Invoice - Linen Source

217. Quote - Home Depot Store 2674

218. Customer Agreement - Home Depot Store 2674

219. D-2 Piano Movers Invoice - January 2000

220. D-2 Piano Movers Invoice - January 2000

221. D-2 Piano Movers Invoice - May 2000

222. D-2 Piano Movers Invoice - May 2000

223. D-2 Piano Movers Invoice - May 2000

224. D-2 Piano Movers Invoice - June 2000

225. D-2 Piano Movers Invoice - September 2000

226. D-2 Piano Movers Invoice - September 2000

227. D-2 Piano Movers Invoice - September 2000

228. D-2 Piano Movers Invoice - September 2000

229. D-2 Piano Movers Invoice - October 2000

230. D-2 Piano Movers Invoice - October 2000

231. D-2 Piano Movers Invoice - October 2000

232. D-2 Piano Movers Invoice - October 2000

233. D-2 Piano Movers Invoice - January 2001

234. D-2 Piano Movers Invoice - January 2001

235. D-2 Piano Movers Invoice - January 2001

236. D-2 Piano Movers Invoice - January 2001

237. D-2 Piano Movers Invoice - January 2001

238. D-2 Piano Movers Invoice - March 2001

239. D-2 Piano Movers Invoice - March 2001

240. D-2 Piano Movers Invoice - March 2001

241. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

242. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

243. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

244. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

245. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

246. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

247. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

248. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

249. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

250. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

251. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

252. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

253. Photograph - Material seized at Hollis, ME

254. Photograph - Material seized at Hollis, ME

255. Photograph - Material seized at Hollis, ME

256. Photograph - Material seized at Hollis, ME

257. Photograph - Material seized at Hollis, ME

258. Photograph - Material seized at Hollis, ME

259. Photograph - Material seized at Hollis, ME

260. Photograph - Material seized at Hollis, ME

261. Photograph - Material seized at Hollis, ME

262. Photograph - Material seized at Hollis, ME

263. Photograph - Material seized at Hollis, ME

264. Photograph - Material seized at Hollis, ME

265. Photograph - Material seized at Hollis, ME

266. Photograph - Material seized at Hollis, ME

267. Photograph - Material seized at Hollis, ME

268. Photograph - Material seized at Hollis, ME

269. Photograph - Material seized at Hollis, ME

270. Photograph - Material seized at Hollis, ME

271. Photograph - Material seized at Hollis, ME

272. American Express Statement of Account - January 23, 2000 - Michael Griffin

273. DEA Chart - January 17, 2003

274. DEA Chart - January 17, 2003

275. DEA Chart - January 17, 2003

276. DEA Chart - Undated

        Respectfully submitted,

        */s/ Kenneth M. Resnik*
        Max D. Stern
        BBO No. 479560
        Kenneth M. Resnik
        BBO No. 637527
        Stern, Shapiro, Weissberg

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     

                         & Garin, LLP  
                         90 Canal Street, Suite 500  
                         Boston, MA 02114-2022

Dated: February 4, 2007

                        <u>Certificate of Service</u>

  I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 4, 2007.

                              <u>/s/ Kenneth M. Resnik</u>