UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                            )
UNITED STATES,              )
                            )
         v.                 )        CRIMINAL NO. 03-10404-NG
                            )
MICHAEL GRIFFIN, et al.     )
_____)

## *SECOND* REVISED EXHIBIT LIST

    Defendant Michael Griffin hereby submits his second revised exhibit list for trial. Defendant reserves the right to supplement or modify this list in light of the evidence adduced at trial with reasonable notice to the government.

    201. Master Loan Application - December 2001

    202. Gift Affidavit (Thomas Sorrells)

    203. Master Loan Application - December 2001

    204. Motor Vehicle Installment Contract - April 2000

    205. Minuteman Trucks Invoice - 2002

    206. Minuteman Trucks Delivery Receipt - July 2002

    207. Photograph - 15 foot truck

    208. Photograph - 15 foot truck interior

    209. Photograph album Cover - seized from Rodney Mirabal

    209A. Photograph - Group - seized from Rodney Mirabal

    209B. Photograph - seized from Rodney Mirabal

    209C. Photograph - seized form Rodney Mirabal

    209D. Photograph - seized from Rodney Mirabal

    209E. Photograph - seized form Rodney Mirabal

    209F. Photograph - seized from Rodney Mirabal

210. Invoice - JD Daddario

211. Invoice - Mill Store # 46

212. Invoice - Home Depot Store 2669

213. Invoice - Vermont Casting Factory Store

214. Sales Ticket - Tile Showroom

215. Invoice - Kevin Ackerly

216. Invoice - Linen Source

217. Quote - Home Depot Store 2674

218. Customer Agreement - Home Depot Store 2674

219. D-2 Piano Movers Invoice - January 2000

220. D-2 Piano Movers Invoice - January 2000

221. D-2 Piano Movers Invoice - May 2000

222. D-2 Piano Movers Invoice - May 2000

223. D-2 Piano Movers Invoice - May 2000

224. D-2 Piano Movers Invoice - June 2000

225. D-2 Piano Movers Invoice - September 2000

226. D-2 Piano Movers Invoice - September 2000

227. D-2 Piano Movers Invoice - September 2000

228. D-2 Piano Movers Invoice - September 2000

229. D-2 Piano Movers Invoice - October 2000

230. D-2 Piano Movers Invoice - October 2000

231. D-2 Piano Movers Invoice - October 2000

232. D-2 Piano Movers Invoice - October 2000

233. D-2 Piano Movers Invoice - January 2001

234. D-2 Piano Movers Invoice - January 2001

235. D-2 Piano Movers Invoice - January 2001

236. D-2 Piano Movers Invoice - January 2001

237. D-2 Piano Movers Invoice - January 2001

238. D-2 Piano Movers Invoice - March 2001

239. D-2 Piano Movers Invoice - March 2001

240. D-2 Piano Movers Invoice - March 2001

241. Photograph - Currency Seized at 6013 S Tempe Way, Aurora, CO

242. Photograph - Material seized at Hollis, ME

243. Photograph - Material seized at Hollis, ME

244. Photograph - Material seized at Hollis, ME

245. American Express Statement of Account - January 23, 2000 - Michael Griffin

246. DEA Chart - January 17, 2003

247. DEA Chart - January 17, 2003

248. DEA Chart - January 17, 2003

249. DEA Chart - Undated

250. Indictment - Eastern District of Virginia

                              Respectfully submitted,

                              */s/ Kenneth M. Resnik*
                              Max D. Stern
                              BBO No. 479560
                              Kenneth M. Resnik
                              BBO No. 637527
                              Stern, Shapiro, Weissberg
                                & Garin, LLP
                              90 Canal Street, Suite 500
                              Boston, MA 02114-2022

Dated: February 6, 2007

Certificate of Service

     I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2007.

                              /s/ Kenneth M. Resnik