UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES,           )
                                    )
      v.                     )    CRIMINAL NO. 03-10404-NG
                                    )
MICHAEL GRIFFIN, et al.  )
_____)

## WITNESS LIST

The defense may call the following witnesses:

Brian Fleming
763 Main Street
Waltham, MA 02451
DOB: 6/28/1980

Christina Griffin
362 Walcott Street
Auburndale, MA 02466
DOB: 12/5/1961

Andrew Brooks
25 Kenyon Street
Newton, MA 02465
DOB: 11/1971

Lewis J. Surdam
21 Sias Lane
Milton, MA 02186

In addition, defendant reserves the right to call any witness listed on the Government's witness list.

                                              Respectfully submitted,
                                              */s/ Kenneth M. Resnik*
                                              Max D. Stern
                                              BBO No. 479560
                                              Kenneth M. Resnik
                                              BBO No. 637527
                                              Stern, Shapiro, Weissberg
                                                 & Garin, LLP
                                              90 Canal Street, Suite 500
                                              Boston, MA 02114-2022

Dated: February 6, 2007

Certificate of Service

     I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 7 2007.

                                              /s/ Kenneth M. Resnik