*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS Rachel E. Hershfang Nathaniel R. Mendell |
|---|---|---|
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 1 | Photograph: CW #1 | 2/5/07 | Babbin | | 2/5/07 | | |
| 2 | Photograph: Rodney and Ruben Mirabal | 2/5/07 | Babbin | | 2/5/07 | | |
| 3 | Photograph: David Veney | 2/5/07 | Babbin | | 2/5/07 | | |
| 4 | Photograph: Michael Griffin | 2/5/07 | Babbin | | 2/5/07 | | |
| 5 | Photograph: Richard Collado | 2/6/07 | Babbin | | 2/6/07 | | |
| 6 | 2000 Massachusetts Lawyer's Diary (Frank E. Fister) | 2/7/07 | Fister | | 2/7/07 | 2/5/07 Babbin | |
| 7 | 2001 Massachusetts Lawyer's Diary (Frank E. Fister) | 2/7/07 | Fister | | 2/7/07 | 2/5/07 Babbin | |
| 8 | 2002 Massachusetts Lawyer's Diary (Frank E. Fister) | 2/7/07 | Fister | | 2/7/07 | 2/5/07 Babbin | |
| 9 | Certified Federal Express records: customer information and shipments for D&F Trucking | 2/5/07 | Babbin | | 2/5/07 | | |
| 10 | Notepad | | | | | 2/6/07 Babbin | |
| 11 | Datebook | | | | | 2/6/07 Babbin | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|
| | v. | Rachel E. Hershfang |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | Nathaniel R. Mendell |

**CASE NO.:** 03-10404-NG

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 12 | Certified United Airlines employee travel records (Rodney Mirabal's buddy pass) | 2/5/07 | Babbin | | 2/5/07 | | |
| 12A | Certified United Airlines employee travel records (Rodney Mirabal's buddy pass, Rodney Mirabal travel only) | 2/5/07 | Babbin | | 2/5/07 | | |
| 13 | Certified Continental Airlines records | 2/5/07 | Babbin | | 2/5/07 | | |
| 14 | Certified Florida Department of Motor Vehicles record for truck registered to D&F Trucking | 2/5/07 | Babbin | | 2/5/07 | | |
| 15 | Certified National Car Rental records | 2/5/07 | Babbin | | 2/5/07 | | |
| 16 | Certified records from Holiday Inn Select, Houston, TX (Collado stay, April, 2002) | 2/5/07 | Babbin | | 2/5/07 | | |
| 17 | Certified United Airlines travel records (Frank Fister, Richard Collado) | 2/5/07 | Babbin | | 2/5/07 | | |

**_FOURTH REVISED_ EXHIBIT LIST**

| CASE NAME: UNITED STATES OF AMERICA v. MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS Rachel E. Hershfang Nathaniel R. Mendell |
|---|---|
| **CASE NO.:** 03-10404-NG | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 18 | Certified AirTran Airways records (Frank Fister) | 2/5/07 | Babbin | | 2/5/07 | | |
| 19 | Certified Wainwright Bank records for D&F Trucking MasterCard | 2/5/07 | Babbin | | 2/5/07 | | |
| 20 | Certified Wainwright Bank records for Frank E. Fister MasterCard | 2/5/07 | Babbin | | 2/5/07 | | |
| 21 | Certified American Express charge records: Michael Griffin | 2/5/07 | Babbin | | 2/5/07 | | |
| 22 | Certified records: Holiday Inn, Center Plaza (Mirabal, Carter) | 2/5/07 | Babbin | | 2/5/07 | | |
| 23 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |
| 24 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |
| 25 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |

| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS Rachel E. Hershfang Nathaniel R. Mendell |
| --- | --- | --- |
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 26 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |
| 27 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |
| 28 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |
| 29 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |
| 30 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |
| 31 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |
| 32 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |
| 33 | Photograph of cocaine seized at 23 Heather Lane, Hollis Center, ME on 1/27/03 | 2/6/07 | Babbin | | 2/6/07 | | |

**_FOURTH REVISED_ EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA | | | | | |
|---|---|---|---|---|---|---|

**CASE NAME:** UNITED STATES OF AMERICA
v.
MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and
RICHARD COLLADO

**ASSISTANT UNITED STATES ATTORNEYS**
Rachel E. Hershfang
Nathaniel R. Mendell

**CASE NO.:** 03-10404-NG

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 34 | Cocaine assigned DEA Exhibit number 43 | 2/6/07 | Babbin | | 2/6/07 | | |
| 35 | Subscriber information: 321-243-2065 | 2/5/07 | Babbin | | 2/5/07 | | |
| 36 | Plea agreement (CW #1) | 2/7/07 | Fister | | 2/7/07 | | |
| 37 | Cellular telephone responding to 508-472-1071 | 2/5/07 | Babbin | | 2/5/07 | | |
| 38 | Subscriber information: 508-472-1071 and 508-472-7407 | 2/5/07 | Babbin | | 2/5/07 | | |
| 39 | Subscriber information: 508-801-5801 | 2/5/07 | Babbin | | 2/5/07 | | |
| 40 | Subscriber information: 720-530-4432 | 2/5/07 | Babbin | | 2/5/07 | | |
| 41 | Subscriber information: 508-982-6801 | 2/5/07 | Babbin | | 2/5/07 | | |
| 42 | Subscriber information: 321-432-2001 | 2/5/07 | Babbin | | 2/5/07 | | |
| 43 | Subscriber information: 617-908-2882 | 2/5/07 | Babbin | | 2/5/07 | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and<br>RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS<br>Rachel E. Hershfang<br>Nathaniel R. Mendell |
|---|---|---|
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 44 | Summary of calls: 508-472-1071, 508-472-7407, 508-801-5801 | | | | | | |
| 45 | Summary of calls: 720-530-4332, 720-320-8713 | | | | | | |
| 46 | Summary of calls: 617-908-2882, 617-620-9955 | | | | | | |
| 47 | Summary of calls: 508-982-6801, 787-885-8512 | | | | | | |
| 48 | Summary of calls: 321-432-2001, 321-243-2065 | | | | | | |
| 49 | Chronological summary of calls: 508-472-1071, 508-472-7407, 508-801-5801, 720-530-4332, 720-320-8713, 508-982-6801, 321-432-2001, 617-908-2882, 617-620-9955, 787-885-8512, 321-243-2065 | 2/12/07 | Fister | 2/12/07 | 2/12/07 | | |
| 50 | Plea agreement (CW #3) | | | | | | |
| 51 | Map: Texas (Dallas to Corpus Christi) | | | | | | |
| 52 | Map: Texas (Robstown-Corpus Christi) | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS<br>Rachel E. Hershfang<br>Nathaniel R. Mendell |
|---|---|---|
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 53 | Map: Texas (Dallas area) | | | | | | |
| 54 | Plea agreement (CW #2) | | | | | | |
| 55 | Cellular telephone responding to 303-961-7586 | 2/6/07 | Babbin | | 2/6/07 | | |
| 56 | Cellular telephone responding to 303-961-1719 | 2/6/07 | Babbin | | 2/6/07 | | |
| 57 | Cellular telephone responding to 720-530-4432 | 2/6/07 | Babbin | | 2/6/07 | | |
| 58 | Large, black, hard plastic storage box | | | | | | |
| 59 | Subscriber information: 787-885-8512 | 2/5/07 | Babbin | | 2/5/07 | | |
| 60 | Subscriber information: 720-320-8713 | 2/5/07 | Babbin | | 2/5/07 | | |
| 61 | Subscriber information: 617-620-9955 | 2/5/07 | Babbin | | 2/5/07 | | |
| 62 | Capital One credit card records (Frank Fister) | 2/5/07 | Babbin | | 2/5/07 | | |
| 63 | Page from CW #2's address book | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS Rachel E. Hershfang Nathaniel R. Mendell |
|---|---|---|
| **CASE NO.:** 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 64 | Page from CW #2's address book | | | | | | |
| 65 | Summary chart: phone subscriber information by exhibit number | 2/5/07 | Babbin | | 2/5/07 | | |
| 66A | Summary: February 11-14, 2000 (Chalk) | 2/5/07 | Babbin | | | 2/5/07 Babbin | |
| 66B | Summary: February 11-14, 2000 (Chalk) | | Fister | | | | |
| 66C | Summary: February 11-14, 2000 (Chalk) | | Chasse | | | | |
| 66D | Summary: February 11-14, 2000 (Chalk) | | Mirabal | | | | |
| 67A | Summary: May 16-23, 2001 (Chalk) | 2/5/07 | Babbin | | | 2/5/07 Babbin | |
| 67B | Summary: May 16-23, 2001 (Chalk) | 2/8/07 | Fister | | | 2/8/07 Fister | |
| 67C | Summary: May 16-23, 2001 (Chalk) | | Chasse | | | | |
| 67D | Summary: May 16-23, 2001 (Chalk) | | Mirabal | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|---|
| | v. | | Rachel E. Hershfang |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | | Nathaniel R. Mendell |

**CASE NO.:** 03-10404-NG

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 68A | Summary: December 2-8, 2001 (Chalk) | 2/5/07 | Babbin | | | 2/5/07 Babbin | |
| 68B | Summary: December 2-8, 2001 (Chalk) | 2/8/07 | Fister | | | 2/8/07 Babbin | |
| 68C | Summary: December 2-8, 2001(Chalk) | | Chasse | | | | |
| 68D | Summary: December 2-8, 2001 (Chalk) | | Mirabal | | | | |
| 69A | Summary: March 1-4, 2002 (Chalk) | | Babbin | | | | |
| 69B | Summary: March 1-4, 2002 (Chalk) | | Fister | | | | |
| 69C | Summary: March 1-4, 2002 (Chalk) | | Chasse | | | | |
| 69D | Summary: March 1-4, 2002 (Chalk) | | Mirabal | | | | |
| 70A | Summary: February 14-17, 2002 (Chalk) | 2/6/07 | Babbin | | | 2/6/07 Babbin | |
| 70B | Summary: February 14-17, 2002 (Chalk) | | Fister | | | | |

_**FOURTH REVISED** EXHIBIT LIST_

| CASE NAME: | UNITED STATES OF AMERICA | | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|---|
| | v. | | Rachel E. Hershfang |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | | Nathaniel R. Mendell |
| **CASE NO.:** 03-10404-NG | | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 70C | Summary: February 14-17, 2002 (Chalk) | | Chasse | | | | |
| 70D | Summary: February 14-17, 2002 (Chalk) | | Mirabal | | | | |
| 71A | Summary: April 12-15, 2002 (Chalk) | 2/6/07 | Babbin | | | 2/6/07 Babbin | |
| 71B | Summary: April 12-15, 2002 (Chalk) | 2/8/07 | Fister | | | 2/8/07 Babbin | |
| 71C | Summary: April 12-15, 2002 (Chalk) | | Chasse | | | | |
| 71D | Summary: April 12-15, 2002 (Chalk) | | Mirabal | | | | |
| 72A | Summary: November 15-21, 2000 (Chalk) | 2/6/07 | Babbin | | | 2/6/07 Babbin | |
| 72C | Summary: November 15-21, 2000 (Chalk) | | Chasse | | | | |
| 72D | Summary: November 15-21, 2000 (Chalk) | | Mirabal | | | | |
| 73A | Summary: January 18-22, 2001 (Chalk) | 2/6/07 | Babbin | | | 2/6/07 Babbin | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and<br>RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS<br>Rachel E. Hershfang<br>Nathaniel R. Mendell |
|---|---|---|
| **CASE NO.:** 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 73B | Summary: January 18-22, 2001 (Chalk) | | Fister | | | | |
| 73C | Summary: January 18-22, 2001 (Chalk) | | Chasse | | | | |
| 73D | Summary: January 18-22, 2001 (Chalk) | | Mirabal | | | | |
| 74B | Summary: March 9-14, 2001 (Chalk) | 2/8/07 | Fister | | | 2/8/07 Babbin | |
| 74C | Summary: March 9-14, 2001 (Chalk) | | Chasse | | | | |
| 74D | Summary: March 9-14, 2001 (Chalk) | | Mirabal | | | | |
| 75A | Map: Selected charges from Ex. 21, December 2-3, 2001 | 2/5/07 | Babbin | | | 2/5/07 Babbin | |
| 76A | Map: Selected charges from Ex. 21, December 5-7, 2001 | 2/5/07 | Babbin | | | 2/5/07 Babbin | |
| 77 | Address book from cellular telephone responding to 508-472-1071 (Ex. 37) | 2/5/07 | Babbin | | | 2/5/07 Babbin | |

**FOURTH REVISED EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS<br>Rachel E. Hershfang<br>Nathaniel R. Mendell |
|---|---|---|
| **CASE NO.:** 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 78 | List of telephone numbers analyzed, subscriber names, frequency, and dates of service | | | | | | |
| 79 | Graph: call frequency during 2000, 2001, 2002 (Michael Griffin phones) | | | | | | |
| 80 | Graph: call frequency during 2000, 2001, 2002 (David Veney phones) | | | | | | |
| 81 | Address book from Ex. 55 (303-961-7586) | | | | | | |
| 82 | Address book from Ex. 56 (303-961-1719) | | | | | | |
| 83 | Address book from Ex. 57 (720-530-4432) | | | | | | |
| 84 | | | | | | | |
| 85 | | | | | | | |
| 86 | | | | | | | |

***FOURTH REVISED* EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS Rachel E. Hershfang Nathaniel R. Mendell |
|---|---|---|
| **CASE NO.:** 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 87 | | | | | | | |
| 88 | | | | | | | |
| 89 | | | | | | | |
| 90 | | | | | | | |
| 91 | | | | | | | |
| 92 | | | | | | | |
| 93 | | | | | | | |
| 94 | | | | | | | |
| 95 | | | | | | | |
| 96 | | | | | | | |
| 97 | | | | | | | |

### *FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and<br>RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS<br>Rachel E. Hershfang<br>Nathaniel R. Mendell |
|---|---|---|
| **CASE NO.:** 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 98 | | | | | | | |
| 99 | | | | | | | |
| 100 | | | | | | | |
| 101 | | | | | | | |
| 102 | | | | | | | |
| 103 | | | | | | | |
| 104 | | | | | | | |
| 105 | | | | | | | |
| 200 | | | | | | | |
| 201 | | | | | | | |
| 202 | | | | | | | |
| 203 | | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and<br>RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS<br>Rachel E. Hershfang<br>Nathaniel R. Mendell |
|---|---|---|
| **CASE NO.:** 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 204 | | | | | | | |
| 205 | | | | | | | |
| 206 | | | | | | | |
| 207 | photograph: 15' Budget rental truck | 2/12/07 | Fister | | 2/12/07 | | |
| 208 | photograph: interior of 15' Budget rental truck | 2/12/07 | Fister | | 2/12/07 | | |
| 209 | | | | | | | |
| 210 | | | | | | | |
| 211 | | | | | | | |
| 212 | | | | | | | |
| 213 | | | | | | | |
| 214 | | | | | | | |
| 215 | | | | | | | |
| 216 | | | | | | | |
| 217 | | | | | | | |
| 218 | | | | | | | |

### FOURTH REVISED EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | | | | ASSISTANT UNITED STATES ATTORNEYS | | |
|---|---|---|---|---|---|---|---|
| | v. | | | | Rachel E. Hershfang | | |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | | | | Nathaniel R. Mendell | | |

CASE NO.: 03-10404-NG

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 219 | | | | | | | |
| 220 | | | | | | | |
| 221 | | | | | | | |
| 222 | | | | | | | |
| 223 | | | | | | | |
| 224 | | | | | | | |
| 225 | | | | | | | |
| 226 | | | | | | | |
| 227 | | | | | | | |
| 228 | | | | | | | |
| 229 | | | | | | | |
| 230 | | | | | | | |
| 231 | | | | | | | |
| 232 | | | | | | | |
| 233 | | | | | | | |
| 234 | | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and<br>RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS<br>Rachel E. Hershfang<br>Nathaniel R. Mendell |
|---|---|---|
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 235 | | | | | | | |
| 236 | | | | | | | |
| 237 | | | | | | | |
| 238 | | | | | | | |
| 239 | | | | | | | |
| 240 | | | | | | | |
| 241 | | | | | | | |
| 242 | | | | | | | |
| 243 | | | | | | | |
| 244 | | | | | | | |
| 245 | D2 Amex Statement - January, 2001 | 2/6/07 | Babbin | | 2/6/07 | | |
| 246A | Chart by DEA Intel Analyst Wong | 2/6/07 | | | | 2/6/07 | |
| 247A | Chart by DEA Intel Analyst Wong | 2/6/07 | | | | 2/6/07 | |
| 248A | Chart by DEA Intel Analyst Wong | 2/6/07 | | | | 2/6/07 | |

**_FOURTH REVISED_ EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and<br>RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS<br>Rachel E. Hershfang<br>Nathaniel R. Mendell |
|---|---|---|
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 249A | Chart by DEA Intel Analyst Wong | 2/6/07 | | | | 2/6/07 | |
| 249AA | Fister debrief report | 2/6/07 | Babbin | | | 2/6/07 | |
| 250 | EDVA Indictment: Griffin/Cavaliere | 2/6/07 | Babbin | | 2/6/07 | | |
| 251A | Summary: Ex. 21 Amex Charge 1/14/00 (Newton) | 2/6/07 | Babbin | | | 2/6/07 Babbin | |
| 252A | Summary: Ex. 21 Amex Mobil Gas Charges on 5/17, 5/20, 5/22/00 | 2/6/07 | Babbin | | | 2/6/07 Babbin | |
| 253A | Summary: Ex. 21 Amex charges on 6/14, 6/18, 6/19 | 2/6/07 | Babbin | | | 2/6/07 Babbin | |
| 254A | Summary: Ex. 21 Amex charges 9/27 thru 10/3/00 | 2/6/07 | Babbin | | | 2/6/07 Babbin | |
| 255A | Summary: Ex. 21 Amex charges 1/18, 1/22/01 | 2/6/07 | Babbin | | | 2/6/07 Babbin | |
| 256A | Summary: Ex. 21 Amex charges on 3/8/01, 3/12/01 | 2/6/07 | Babbin | | | 2/6/07 Babbin | |
| 257 | 9-7-98 entry in Fister journal | 2/8/07 | Fister | | 2/8/07 | | |

### FOURTH REVISED EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | | | | | | |
|---|---|---|---|---|---|---|---|

**CASE NAME:** UNITED STATES OF AMERICA
v.
MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and
RICHARD COLLADO

**ASSISTANT UNITED STATES ATTORNEYS**
Rachel E. Hershfang
Nathaniel R. Mendell

**CASE NO.:** 03-10404-NG

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 258 | 9-8-98 entry in Fister journal | 2/8/07 | Fister | | 2/8/07 | | |
| 259 | 8-9-98 entry in Fister journal | 2/8/07 | Fister | | 2/8/07 | | |
| 260 | pages 35-36 of Fister testimony in grand jury (E.D. Va.) | 2/12/07 | Fister | | 2/12/07 | | |
| 261A | Chart of Griffin trips, dates, amounts paid | 2/12/07 | Fister | | | 2/12 Fister | |
| 262 | | | | | | | |
| 263 | | | | | | | |
| 264 | | | | | | | |
| 265 | | | | | | | |
| 266 | | | | | | | |
| 267 | | | | | | | |
| 268 | | | | | | | |
| 269 | | | | | | | |
| 270 | | | | | | | |
| 271 | | | | | | | |

## *FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS Rachel E. Hershfang Nathaniel R. Mendell |
|---|---|---|
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 272 | | | | | | | |
| 273 | | | | | | | |
| 274 | | | | | | | |
| 275 | | | | | | | |
| 276 | | | | | | | |
| 277 | | | | | | | |
| 278 | | | | | | | |
| 279 | | | | | | | |
| 280 | | | | | | | |
| 281 | | | | | | | |
| 282 | | | | | | | |
| 283 | | | | | | | |
| 284 | | | | | | | |
| 285 | | | | | | | |
| 286 | | | | | | | |
| 287 | | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|
| | v. | Rachel E. Hershfang |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | Nathaniel R. Mendell |
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 288 | | | | | | | |
| 289 | | | | | | | |
| 290 | | | | | | | |
| 291 | | | | | | | |
| 292 | | | | | | | |
| 293 | | | | | | | |
| 294 | | | | | | | |
| 295 | | | | | | | |
| 296 | | | | | | | |
| 297 | | | | | | | |
| 298 | | | | | | | |
| 299 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 300 | | | | | | | |
| 301 | | | | | | | |

**_FOURTH REVISED_ EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA | | | | | | |
| | v. | | | | | | |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and | | | | | | |
| | RICHARD COLLADO | | | | | | |

**ASSISTANT UNITED STATES ATTORNEYS**
Rachel E. Hershfang
Nathaniel R. Mendell

**CASE NO.:** 03-10404-NG

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 302 | | | | | | | |
| 303 | | | | | | | |
| 304 | | | | | | | |
| 305 | | | | | | | |
| 306 | | | | | | | |
| 307 | | | | | | | |
| 308 | | | | | | | |
| 309 | | | | | | | |
| 310 | | | | | | | |
| 311 | | | | | | | |
| 312 | | | | | | | |
| 313 | | | | | | | |
| 314 | | | | | | | |
| 315 | | | | | | | |
| 316 | | | | | | | |
| 317 | | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|
| | v. | Rachel E. Hershfang |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | Nathaniel R. Mendell |
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 318 | | | | | | | |
| 319 | | | | | | | |
| 320 | | | | | | | |
| 321 | | | | | | | |
| 322 | | | | | | | |
| 323 | | | | | | | |
| 324 | | | | | | | |
| 325 | | | | | | | |
| 326 | | | | | | | |
| 327 | | | | | | | |
| 328 | | | | | | | |
| 329 | | | | | | | |
| 330 | | | | | | | |
| 331 | | | | | | | |
| 332 | | | | | | | |
| 333 | | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|---|

| | v. | |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | Rachel E. Hershfang |
| | | Nathaniel R. Mendell |

CASE NO.: 03-10404-NG

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 334 | | | | | | | |
| 335 | | | | | | | |
| 336 | | | | | | | |
| 337 | | | | | | | |
| 338 | | | | | | | |
| 339 | | | | | | | |
| 340 | | | | | | | |
| 341 | | | | | | | |
| 342 | | | | | | | |
| 343 | | | | | | | |
| 344 | | | | | | | |
| 345 | | | | | | | |
| 346 | | | | | | | |
| 347 | | | | | | | |
| 348 | | | | | | | |
| 349 | | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS Rachel E. Hershfang Nathaniel R. Mendell |
|---|---|---|
| CASE NO.: 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 350 | | | | | | | |
| 351 | | | | | | | |
| 352 | | | | | | | |
| 353 | | | | | | | |
| 354 | | | | | | | |
| 355 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 400 | | | | | | | |
| 401 | | | | | | | |
| 402 | | | | | | | |
| 403 | | | | | | | |
| 404 | | | | | | | |
| 405 | | | | | | | |
| 406 | | | | | | | |
| 407 | | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | | | | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|---|---|---|
| | v. | | | | Rachel E. Hershfang |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and | | | | Nathaniel R. Mendell |
| | RICHARD COLLADO | | | | |

CASE NO.: 03-10404-NG

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 408 | | | | | | | |
| 409 | | | | | | | |
| 410 | | | | | | | |
| 411 | | | | | | | |
| 412 | | | | | | | |
| 413 | | | | | | | |
| 414 | | | | | | | |
| 415 | | | | | | | |
| 416 | | | | | | | |
| 417 | | | | | | | |
| 418 | | | | | | | |
| 419 | | | | | | | |
| 420 | | | | | | | |
| 421 | | | | | | | |
| 422 | | | | | | | |
| 423 | | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS Rachel E. Hershfang Nathaniel R. Mendell |
|---|---|---|

CASE NO.: 03-10404-NG

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 424 | | | | | | | |
| 425 | | | | | | | |
| 426 | | | | | | | |
| 427 | | | | | | | |
| 428 | | | | | | | |
| 429 | | | | | | | |
| 430 | | | | | | | |
| 431 | | | | | | | |
| 432 | | | | | | | |
| 433 | | | | | | | |
| 434 | | | | | | | |
| 435 | | | | | | | |
| 436 | | | | | | | |
| 437 | | | | | | | |
| 438 | | | | | | | |
| 439 | | | | | | | |

### *FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|
| | v. | Rachel E. Hershfang |
| | MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | Nathaniel R. Mendell |
| **CASE NO.:** 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 440 | | | | | | | |
| 441 | | | | | | | |
| 442 | | | | | | | |
| 443 | | | | | | | |
| 444 | | | | | | | |
| 445 | | | | | | | |
| 446 | | | | | | | |
| 447 | | | | | | | |
| 448 | | | | | | | |
| 449 | | | | | | | |
| 450 | | | | | | | |
| 451 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 600 | Excerpts from 2000 Massachusetts Lawyer's Diary (Frank E. Fister) | | | | | | |

*FOURTH REVISED* EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL GRIFFIN, WILLIAM DAVID VENEY, and RICHARD COLLADO | ASSISTANT UNITED STATES ATTORNEYS Rachel E. Hershfang Nathaniel R. Mendell |
|---|---|---|
| **CASE NO.:** 03-10404-NG | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 700 | Excerpts from 2001 Massachusetts Lawyer's Diary (Frank E. Fister) | | | | | | |
| 800 | Excerpts from 2002 Massachusetts Lawyer's Diary (Frank E. Fister) | | | | | | |
| | | | | | | | |