UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
UNITED STATES,           )
                                          )
      v.                     )          CRIMINAL NO. 03-10404-NG
                                          )
MICHAEL GRIFFIN, et al.  )
_____)

## WITNESS LIST

The defense may call the following witnesses:

Brian Fleming
763 Main Street
Waltham, MA 02451
DOB: 6/28/1980

Christina Griffin
362 Walcott Street
Auburndale, MA 02466
DOB: 12/5/1961

Andrew Brooks
25 Kenyon Street
Newton, MA 02465
DOB: 11/1971

Lewis J. Surdam
21 Sias Lane
Milton, MA 02186

Won-jong Kim
c/o Kristopher Ahn, Esq.
9930 Long Point
Houston, TX 77055

In addition, defendant reserves the right to call any witness listed on the Government's witness list.

>Respectfully submitted,
>*/s/ Kenneth M. Resnik*
>Max D. Stern
>BBO No. 479560
>Kenneth M. Resnik
>BBO No. 637527
>Stern, Shapiro, Weissberg
>  & Garin, LLP
>90 Canal Street, Suite 500
>Boston, MA 02114-2022

Dated: February 15, 2007

Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2007.

>/s/ Kenneth M. Resnik