UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES,                  )
                                )
            v.                  )            CRIMINAL NO. 03-10404-NG
                                )
MICHAEL GRIFFIN, et al.    )
_____)

## DEFENDANT MICHAEL S. GRIFFIN'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS

 

Defendant requests that the Court include the attached supplemental instruction in its

instructions to the jury.  Defendant reserves the right to amend or supplement these requests.

 

Respectfully submitted,
*/s/ Kenneth M. Resnik*
Max D. Stern
BBO No. 479560
Kenneth M. Resnik
BBO No. 637527
Stern, Shapiro, Weissberg
  & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022

Dated: February 22, 2007

Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants on February 22,
2007.

/s/ Kenneth M. Resnik

**Jury Instruction Request No. 8:**

**Rule 35**

You have heard evidence that certain witnesses in this case have either had their

sentences reduced or have some hope or expectation that their cooperation will result in a

reduced sentence.  Once a defendant is sentenced in a criminal case, a sentence may not be

reduced unless the Government files a motion, under Rule 35 of the Federal Rules of Criminal

Procedure, requesting a reduction on the grounds that "the defendant, after sentencing, provided

substantial assistance in investigating or prosecuting another person."[1]

---

[1] Fed.R.Crim.P. 35.