Case 1:03-cr-10404-NG   Document 210   Filed 02/06/2007   Page 1 of 2 *fil SBC*
*+ in open court*
*2/6/07*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
)
v. )
) No. 03-10404-NG
1. MICHAEL GRIFFIN, )
2. RONALD CAVALIERE, )
3. WILLIAM DAVID VENEY, and )
4. RICHARD COLLADO, )
)
Defendants. )

STIPULATION OF THE PARTIES AS TO DRUG EXHIBIT

The United States of America and the defendants, Michael Griffin, David Veney, and Richard Collado, through respective counsel, hereby stipulate and agree as follows:

1. That the brick-shaped objects marked with "JSW" and "1/27/03" seized from 23 Heather Lane, Hollis, Maine, on January 27, 2003, and assigned exhibit number 34 were secured by agents of the Massachusetts States Police and the DEA until they were sent to, and analyzed by, the DEA Laboratory in New York, New York. The substance, which had a total net weight of 284.6 kilograms, contained cocaine hydrochloride. Following the

chemical analysis, the drugs were returned to the evidence custodian at the DEA Office in Boston.

|  |  |
|---|---|
| MICHAEL GRIFFIN | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN,<br>UNITED STATES ATTORNEY, |
| By: /s/ Max Stern<br>Max Stern, Esq.<br>Kenneth M. Resnik, Esq. | By: /s/ Rachel E. Hershfang<br>Rachel E. Hershfang<br>Assistant U.S. Attorney |
| WILLIAM DAVID VENEY<br><br>By: /s/ Steven A. Sussman<br>Steven A. Sussman, Esq. | RICHARD COLLADO<br><br>By: /s/ James Budreau<br>James Budreau, Esq. |

Dated: