```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA    )
                            )
                            )
                            )
     v.                     )
                            )   No. 03-10404-NG
1. MICHAEL GRIFFIN,         )
3. WILLIAM DAVID VENEY, and )
4. RICHARD COLLADO,         )
                            )
          Defendants.       )
```

**Proposed supplemental jury instruction**
**(exhibits admitted for impeachment only)**

Certain documents in the case have been admitted in evidence for a limited purpose. These documents are exhibits 291AA, 291BB, 291CC, 262[A] and 264[A]. You may consider these documents only for a limited purpose: to evaluate the credibility of the testimony of the witnesses who testified about these documents at trial. These documents are, therefore, not themselves evidence.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                        By:   /s/ Rachel E. Hershfang
                             Rachel E. Hershfang
                             Nathaniel R. Mendell
                             Assistant U.S. Attorneys
                             (617)748-3249/-3304

Dated: February 23, 2007

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

<u>/s/ Rachel E. Hershfang</u>
Rachel E. Hershfang