

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*

*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

March 7, 2007

Hon. Nancy Gertner
1 Courthouse Way
Boston, MA 02210

    Re:   <u>United States v. Michael Griffin, et al.</u>
           03-10404-NG
           Post-verdict juror contact

Dear Judge Gertner:

    I received a call this morning from Richard Lambert, who identified himself as an AUSA in Salt Lake City, Utah, and also as the uncle of the wife of Robert Westergard. (Mr. Westergard was juror #10 in the first trial of the captioned matter.)

    According to Mr. Lambert, Mr. Westergard called him last night to say that he wanted to contact me to discuss the captioned matter, primarily because one the jurors, "Lisa," had declared from the outset of deliberations that she would not vote to convict and then refused to review evidence with the rest of the jurors for the balance of the deliberations. Mr. Westergard also told Mr. Lambert his impressions of other aspects of the case and deliberations, including the attorneys and the evidence. Mr. Lambert told Mr. Westergard that he would call me and then advise Mr. Westergard how to proceed.

    When Mr. Lambert told me about his contact with Mr. Westergard, I explained that the First Circuit rules do not allow me to contact Mr. Westergard. I also told Mr. Lambert that Mr. Westergard should not call me. Mr. Lambert said he would relay this to Mr. Westergard.

    This afternoon, Mr. Westergard called me. I told Mr. Westergard that I could not speak with him, and that I had spoken with Mr. Lambert earlier in the day. Mr. Westergard told me he

Hon. Nancy Gertner
March 7, 2007
Page 2

had been unable to reach Mr. Lambert during the course of the day. The phone call concluded.

                                      Sincerely,

                                      /s/
                                      Nathaniel R. Mendell
                                      Assistant United States Attorney

cc:
James H. Budreau, Esq.
Kenneth M. Resnick, Esq.
Max D. Stern, Esq.
Steven A. Sussman, Esq.