IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA       )
                               )
                               )
                               )
     v.                        )
                               )   No. 03-10404-NG
1. MICHAEL GRIFFIN,            )
3. WILLIAM DAVID VENEY, and    )
4. RICHARD COLLADO,            )
                               )
          Defendants.          )
```

**JOINT MOTION FOR EXCLUDABLE DELAY
FROM AUGUST 1, 2007 TO FEBRUARY 4, 2008**

The parties in this action, by their undersigned counsel, hereby respectfully ask that the Court exclude from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. §3161(b)) the period beginning on August 1, 2007 and continuing through the date of trial (February 4, 2008). As grounds therefor, the parties state as follows:

    1. Counsel for Defendant Griffin will be on paternity leave from on or about September 4, 2007, through on or about December 3, 2007.

    2. Counsel for the defendants agree that time should be excluded as requested herein.

    2. Trial in the captioned matter has been set for February 4, 2007.

Accordingly, the parties respectfully request that the Court exclude the time from July 1, 2007, through February 4, 2008.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | MICHAEL GRIFFIN<br>Defendant |
| By:/s/ Nathaniel R. Mendell<br>RACHEL E. HERSHFANG<br>NATHANIEL R. MENDELL<br>Assistant U.S. Attorney<br>United States Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3304 | By: /s/ Max Stern<br>MAX STERN, ESQ.<br>KENNETH RESNIK, ESQ.<br>Stern, Shapiro, Weissberg &<br>Garin, LLP<br>90 Canal Street<br>Boston, MA 02114-2022<br>(617) 742-5800 |
| | DAVID VENEY<br>Defendant<br>By: /s/ Steven A. Sussman<br>STEVEN A. SUSSMAN, ESQ.<br>6 Beacon St., Suite 400<br>Boston, MA 02108<br>(617) 973-4800 |
| | RICHARD COLLADO<br>Defendant<br>By: /s/ James H. Budreau<br>JAMES H. BUDREAU, ESQ.<br>Oteri Weinberg & Lawson, PA<br>20 Park Plaza<br>Boston, MA 02116<br>(617) 227-3700 |