```
              UNITED STATES BANKRUPTCY COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.        )<br>         )   Criminal No. 03-10404-NG<br>MICHAEL S. GRIFFIN,       )<br>RONALD J. CAVALIERE,      )<br>WILLIAM DAVID VENEY, and  )<br>RICHARD COLLADO,          )<br>         Defendants.  ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned case as additional counsel for the United States of America.

```
                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney


                      By: /s/ Kristina E. Barclay
                          Kristina E. Barclay
                          Assistant U.S. Attorney
                          1 Courthouse Way, Suite 9200
                          Boston, MA  02210
Dated: September 25, 2007 (617) 748-3100
```

**CERTIFICATE OF SERVICE**

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing Notice of Appearance, was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

```
                          /s/ Kristina E. Barclay
                          Kristina E. Barclay
                          Assistant U.S. Attorney
Dated: September 25, 2007
```