UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CRIM. NO. 03-10404-NG |
| | ) | |
| MICHAEL GRIFFIN, et. al | ) | |
| | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Undersigned counsel for defendant Michael Griffin hereby move this Court for leave to withdraw as counsel. In support thereof, the undersigned state as follows:

1. The undersigned were retained to represent Mr. Griffin, pursuant to a retainer agreement, on or about January 30, 2004.

2. Despite extensive efforts by all parties, Mr. Griffin has been unable to satisfy the terms of the agreement. Specifically, Mr. Griffin is unable to pay either for past, current or future services and is currently indebted to the undersigned for a substantial amount..

3. The undersigned hereby request an in camera hearing before the Court to more fully detail the reasons for withdrawal.

                                                  Respectfully submitted,

                                                  /s/ Max D. Stern
                                                  Max D. Stern
                                                  BBO No. 479560
                                                  Kenneth Resnik
                                                  BBO. 637527
                                                  Stern, Shapiro, Weissberg & Garin, LLP
                                                  90 Canal Street, Suite 500
                                                  Boston, MA 02114-2022

Dated: October 30, 2007

<u>Certificate of Service</u>

      I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 30, 2007.

                                        <u>/s/ Max D. Stern    </u>