UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 03-CR-10404-NG |
| ) | |
| MICHAEL GRIFFIN ) | |
|     Defendant ) | |

**MOTION TO SET TRIAL DATE**

Now comes counsel for the defendant and requests this Court for to set Monday May 19, 2008 as the trial date herein.

In support of this motion counsel states that he was recently appointed to represent the defendant in the retrial of the above entitled matter. Newly appointed counsel and the government have been unable to agree upon a date to suggest to this Court. The government is requesting April 21, 2008 while counsel is requesting May 19, 2008.

Counsel is requesting May 19, 2008 for two reasons. Counsel's trial schedule is full for the months of January and February of 2008 and is partially full for March of 2008. Second, counsel is new to the case, and he will need sufficient time to adequately prepare the matter for trial. A trial date of April 21, 2007 will not give counsel a sufficient amount of time to adequately prepare.

    /s/ Stephen J. Weymouth
    _____
    /s/ Stephen J. Weymouth
    65a Atlantic Avenue
    Boston, MA 02110
    617-573-9598
    BBO #523680

2

**<u>CERTIFICATE OF SERVICE</u>**

      I, Stephen J. Weymouth, hereby certify that the within document was, on December 26, 2007, filed through the ECF system and will be sent electronically to registered participants as identified in the Notice of Electronic Filing.

                                                  _____
                                                /s/ Stephen J. Weymouth