UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**      ) | |
| )  | |
|            v.                                          ) | **Criminal No. 03-10404-NG** |
| )  | |
| **MICHAEL GRIFFIN**                       ) | |
|      **et al.**                                    ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to FCI Beaumont, Texas, for the purpose of securing **RODNEY JAMES MIRABAL** to prepare to testify, and to testify, in the trial before United States District Court Judge Nancy Gertner in the above-captioned case on May 5, 2008, at 9 a.m., and thereafter. In support of this petition, the government states that:

1. That **RODNEY JAMES MIRABAL no. 31690-013**, is presently confined at FCI Beaumont, and will be so confined on May 5, 2008.

2. That **RODNEY JAMES MIRABAL** has been called to be a witness in the trial in the above-captioned case.

3. That **RODNEY JAMES MIRABAL** is due to appear before United States District Court Judge for this purpose on May 5, 2008 at 9:00 a.m. and thereafter.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at FCI Beaumont, and to any other person having custody and control of **RODNEY JAMES MIRABAL** commanding them to produce **RODNEY JAMES MIRABAL** before United

States District Court Judge Nancy Gertner at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on April 7, 2008, at 9 a.m.

                                                  Respectfully submitted,

                                                  Michael J. Sullivan
                                                  United States Attorney

By:

                                                  /s/ Rachel E. Hershfang
                                                  Rachel E. Hershfang
                                                  Assistant U.S. Attorney

ALLOWED:

_____
Hon. Nancy Gertner
UNITED STATES DISTRICT JUDGE

Dated: