UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 03-CR-10404-NG |
| | ) | |
| MICHAEL GRIFFIN | ) | |
| Defendant | ) | |

## MOTION TO CONTINUE TRIAL DATE

Now comes counsel for the defendant and requests this Honorable Court to continue the trial date in this matter. The trial is scheduled to begin on May 5, 2008.

In support of this motion counsel states that although he has been trying to properly prepare this matter for trial, he has not been unable to do so. There is a substantial amount of material to be reviewed herein, and he has not had a sufficient amount of time to digest and understand all of the material. If forced to try this case on May 5, 2008 counsel will not be able to zealously, even adequately, represent the defendant.

As this Court is well aware this is a retrial and counsel was not the original attorney representing the defendant. That fact alone puts counsel, and his client, at a substantial disadvantage. In addition counsel has a busy trial schedule which has prevented him from devoting his full attention to the instant matter. The defendant is entitled to competent counsel, and under these circumstances the defendant will be shortchanged.

Counsel will be unavailable for the first two weeks in June.  One of his sons is going to be married during that period and he will be engaged with his family during that two week period.

Counsel is not attempting to unnecessarily delay the retrial of this case.  Counsel wants to be properly prepared sp he may effectively represent the defendant whose liberty is at stake.

WHEREFORE, counsel requests that the trial date in this matter be continued.


/s/ Stephen J. Weymouth


_____
/s/ Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680


**CERTIFICATE OF SERVICE**

I, Stephen J. Weymouth, hereby certify that the within document was, on April 3, 2008, filed through the ECF system and will be sent electronically to registered participants as identified in the Notice of Electronic Filing.


/s/ Stephen J. Weymouth


_____
/s/ Stephen J. Weymouth