UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RICHARD COLLADO )<br>WILLIAM DAVID VENEY )<br>MICHAEL GRIFFIN ) | Crim. No. 03-10404-NG |

### JOINT MOTION FOR EXCLUDABLE DELAY FROM
### MAY 5, 2008 TO OCTOBER 6, 2008

The parties in this action, by their undersigned counsel, hereby respectfully ask that the Court exclude from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. §3161(b)) the period beginning on May 5, 2008 and continuing through the date of trial (October 6, 2008). As grounds therefor, the parties state as follows:

1. Counsel for Defendant Griffin needs additional time to properly prepare for trial.

2. Counsel for Defendant Collado has a murder trial beginning June 25, 2008 which is expected to last two to three weeks.

3. Defense counsel's schedules during the summer are in conflict and the next agreeable time would be October 6, 2008.

4. Trial has been set by this Court for October 6, 2008 as a consequence.

Accordingly, the parties respectfully request that the Court exclude the time from May 5, 2008, through October 6, 2008.

Respectfully Submitted By,

Richard Collado's Attorney
/s/ James Budreau
James Budreau, Esquire
20 Park Plaza, Suite 905
Boston, MA 02116
(617)227-3700

Michael Griffin's Attorney
/s/ Steven Weymouth
Steven Weymouth, Esquire
65A Atlantic Avenue
Boston, MA 02110
(617)573-9598

David Veney's Attorney
/s/ Steven A. Sussman
Steven A. Sussman, Esquire
6 Beacon Street, Suite 400
Boston, MA 02108
(617)973-4800

United States Attorney
/s/ Nathaniel R. Mendell
Nathaniel R. Mendell, Esquire
Rachel E. Hershfang, Esquire
Assistant U.S. Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617)748-3304

I hereby certify that I served a copy of the foregoing through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 10th day of April 2008.

/s/ James Budreau