# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                              )
**UNITED STATES OF AMERICA** )
                                              )
            **v.**                            )            **CASE NO.      03-10404-PBS**
                                              )
**MICHAEL GRIFFIN**                )
_____)

## STATUS REPORT

Now comes counsel in the above entitled matter and submits this Status Report in connection with the defendant's Motion to Reduce Sentence seeking relief pursuant to Amendment 782 and 18 U. S. C., section 3852(c)(2).  The defendant filed the motion pro-se, and counsel was appointed to represent the defendant.

The government and the Probation Department agree that the defendant is not eligible for retroactive application of Amendment 782 to the United States Sentencing Guidelines because he was previously sentenced to a term of imprisonment below what would be his amended guideline range.  The parties submitted a Joint Status Report setting forth that conclusion.  Counsel for the defendant did not take a position in the Joint Status Report as to the defendant's eligibility.

After extensive research counsel for the defendant has reached the conclusion that the defendant is not eligible for the retroactive application of Amendment 782 to the United States Sentencing Guidelines.

/s/ Stephen J. Weymouth

_____
/s/ Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598
BBO # 523680

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Status Report has been filed through the ECF system, and will be sent electronically to the individuals named on the Notice of Electronic Filing generated in connection herewith on April 28, 2015.

/s/ Stephen J. Weymouth

_____
/s/ Stephen J. Weymouth